### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEBRASKA

MATTHEW HEIMANN, individually and
on behalf of the citizens and taxpayers
of Stanton County, Nebraska,
Plaintiff,

v.                                                           COMPLAINT

MIKE UNGER, individually and in his
official capacity as Sheriff of Stanton
County, Nebraska; AARON KLEENSANG,
individually and in his official capacity as
Chief Deputy, Stanton County Sheriff's
Office; and STANTON COUNTY,
NEBRASKA, a political subdivision,
Defendants.

### (JURY TRIAL DEMANDED)

### *INTRODUCTION*

1. This action challenges an ongoing pattern of abuse of public office by Defendant Mike Unger ("Unger"), the Sheriff of Stanton County, Nebraska, and by his designated successor, Defendant Aaron Kleensang ("Kleensang"), the Chief Deputy. As recently as March 2026, Defendant Unger used an official Stanton County Sheriff's Office press release, issued on county letterhead and accompanied by a booking photograph, to publicly retaliate against a Stanton County citizen who had expressed a political opinion to Kleensang. In the months preceding that retaliation, Defendants Unger and Kleensang used county resources including uniforms, badges, office space, letterhead, press release infrastructure, and compensated work hours to conduct a coordinated political campaign to install Kleensang as Unger's successor, in furtherance of a corrupt arrangement to appoint Unger as a deputy sheriff so that he may simultaneously draw a pension and a salary.

2. These 2025–2026 events are the latest manifestations of a pattern that extends back more than six years. Defendant Unger exploited a per-call emergency medical services ("EMS") stipend program to enrich himself at the expense of the health and safety of Stanton County residents. His conduct still endangers lives, degrades the county's emergency medical response capability, drives volunteer EMTs from the Stanton Volunteer Fire and Rescue Department (the "Department"), and is forcing the City of Stanton to enter into costly contracts with the City of Norfolk to cover

the rescue calls that the Department could no longer make: a fact documented in the Department's own meeting minutes.

3. Plaintiff Matthew Heimann ("Plaintiff" or "Heimann") is a grain farmer who operates a farming operation near Pilger, Nebraska, in a remote rural area within Stanton County. Farming is a dangerous occupation, with a fatal injury rate approximately five times the national average. Plaintiff and his employees face daily risks of grain bin entrapment, equipment entanglement, crush injuries, chemical exposure, and traumatic amputations: injuries that require immediate advanced emergency medical intervention. A grain bin rescue was performed in Stanton County in or about September 2024. In December 2025, the Department placed on its agenda the question of whether to downgrade from Advanced Life Support ("ALS") to Basic Life Support ("BLS"). An ALS-to-BLS downgrade would eliminate the ability of responding EMTs to administer medications, intubate, or perform advanced field interventions during the types of traumatic injuries endemic to Plaintiff's farming operations. Plaintiff faces this degraded and deteriorating emergency response every working day.

4. No one in Stanton County government has been willing to hold the Sheriff accountable for his continued degradation of EMT resources. The County Attorney's Office, which depends on the Sheriff for investigations, warrant service, and courtroom security, received complaints about Unger's misconduct and did nothing. The Board of Supervisors has oversight authority over county expenditures and the Sheriff's Office but has taken no corrective action. As early as September 2020, staff from the Stanton Health Center attended a Department meeting to raise concerns about how the Department was being operated, yet no county official intervened. This continuing institutional paralysis is the result of a culture of intimidation created by a Sheriff who has demonstrated, as recently as March 2026, that he will use the full machinery of his office to publicly retaliate against citizens who oppose him.

## PARTIES

5. Plaintiff Matthew Heimann is a resident, taxpayer, and grain farmer of Stanton County, Nebraska. He resides and farms near Pilger, Nebraska, where he operates a farming operation involving daily use of combines, augers, grain storage bins, heavy equipment, and agricultural chemicals. Plaintiff employs workers who labor alongside him in conditions presenting documented risks of crush injuries, grain bin entrapment, equipment entanglement, traumatic amputations, anhydrous ammonia exposure, and other life-threatening injuries requiring immediate advanced emergency medical response. Pilger is located in the rural western portion of

Stanton County, at the outer edge of the Department's response radius, where the degradation of EMS capability has the most severe impact on response times.

6. Plaintiff is directly injured by: (a) the concrete and imminent risk to his (and his employees) life and physical safety resulting from the documented degradation of the Stanton County EMS system, including the Department's own acknowledgment that it cannot cover rescue calls, the ongoing Norfolk contract necessitated by that failure, and the threatened ALS-to-BLS downgrade, all of which diminish the emergency medical care available to Plaintiff during farming emergencies that are statistically near-certain to occur over time; (b) the expenditure of his tax dollars on the Norfolk contract and other costs attributable to Defendants' misconduct; (c) the chilling effect on Plaintiff's First Amendment rights resulting from Defendant Unger's demonstrated willingness to use official law enforcement channels to publicly retaliate against citizens who express political opposition to Kleensang's candidacy; and (d) the diversion and misuse of public resources for campaign purposes and the corrupt Arrangement described herein.

7. Plaintiff wishes to publicly oppose Defendant Kleensang's candidacy for Sheriff, to post his views on social media, to speak at Republican Party forums and town halls, to contact the Stanton County Board of Supervisors about the Sheriff's misconduct, and to encourage other citizens to demand accountability from county officials. Plaintiff has refrained from doing so because of the demonstrated pattern of retaliation described herein, including the March 2026 press release targeting citizens who expressed a political opinion to Kleensang. In a county of approximately 6,000 people, where the Sheriff has served for 33 years and controls who gets investigated, who gets arrested, and whose complaints are pursued, a person of ordinary firmness in Plaintiff's position: a farmer whose livelihood depends on uninterrupted access to county roads, whose property is within the Sheriff's patrol jurisdiction, and whose family depends on the emergency services the Sheriff's conduct has degraded is deterred from exercising his First Amendment rights.

8. Defendant Mike Unger ("Unger") is the Sheriff of Stanton County, Nebraska. He has served as Sheriff for approximately 33 years. He is sued in both his individual and official capacities. As the independently elected Sheriff, Unger is the final policymaker for the Stanton County Sheriff's Office with respect to law enforcement operations, official communications, personnel decisions, and the exercise of law enforcement authority.

9. Defendant Aaron Kleensang ("Kleensang") is the Chief Deputy of the Stanton County Sheriff's Office. He is sued in both his individual and official capacities.

Upon information and belief, Kleensang was terminated from the Hall County Sheriff's Office after a short tenure and was "blacklisted" following background checks conducted by both the Omaha Police Department and the Fremont, Nebraska Police Department. Despite this history, Unger promoted Kleensang to Chief Deputy and has endorsed him as his successor.

10. Kris Unger ("K. Unger") is a Deputy Clerk employed by the Stanton County Clerk's Office and the spouse of Defendant Unger. She is not named as a defendant, but her conduct is relevant to the claims herein because she used her county position and county-compensated work hours to disseminate campaign materials in furtherance of the Arrangement described below, and because her position in the Clerk's Office provides a gatekeeping function over correspondence directed to the Board of Supervisors and other county offices.

11. W. Bert Lammli ("Lammli") is the County Attorney of Stanton County. Cory Locke ("Locke") is the Deputy County Attorney. Neither is named as a defendant, but their office's failure to act on complaints about Unger's misconduct is relevant to the claims herein.

12. Defendant Stanton County, Nebraska ("the County") is a political subdivision of the State of Nebraska. The County is named as a defendant solely with respect to Counts III, V and VI of this Complaint.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1343 (civil rights). Plaintiff's federal claims arise under the First and Fourteenth Amendments to the United States Constitution, enforceable through 42 U.S.C. § 1983. This Court has supplemental jurisdiction over Plaintiff's state-law claims pursuant to 28 U.S.C. § 1367(a), as those claims arise from the same nucleus of operative facts as the federal claims and form part of the same case or controversy.

14. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Stanton County, Nebraska, and all Defendants reside or conduct official business within this district.

15. This Court should retain supplemental jurisdiction over Plaintiff's state-law claims because those claims are factually intertwined with the federal claims to the degree that separate litigation would be duplicative and wasteful, and because the circumstances of this case demonstrate that Plaintiff cannot obtain a fair adjudication of the state-law claims in the state courts of Stanton County. The Defendant Sheriff controls the courthouse security, the county's law enforcement

resources, and the investigative apparatus on which the County Attorney depends. The Deputy Clerk who routes correspondence to the Board of Supervisors is the Sheriff's spouse. The complaint itself alleges that every office in Stanton County government has been paralyzed by the Sheriff's unchecked authority. A state-court forum in Stanton County would require Plaintiff to litigate claims against the Sheriff in a courthouse whose security force works for the Defendant.

## FACTUAL ALLEGATIONS

### A. The Chronic Daytime EMS Coverage Crisis

16. The Stanton Volunteer Fire and Rescue Department is a volunteer organization providing fire suppression and emergency medical services to Stanton County. True and correct copies of the Department's meeting minutes from 2020 through 2026 are attached as Exhibits A through G.

17. Since at least January 2020, the Department has struggled with a critical shortage of daytime EMT coverage. The January 21, 2020 meeting minutes document that the Department was "trying to find an EMT to be around during the day that can make it to calls." This crisis has persisted for six consecutive years. The July 2025 minutes note discussion of "ways that could help us make more calls during the day." The January 2026 minutes reflect the same ongoing discussion. As of the date of this filing, the problem remains unresolved.

### B. Unger Offers to Serve and the Department Blocks Him

18. At the February 18, 2020 meeting, "Mike Unger offered to be an EMT during the day on calls." See Exhibit A. Upon information and belief, Unger's offer was motivated by the per-call EMS stipend, not by civic duty.

19. One month later, at the March 17, 2020 meeting, the minutes record that "Mike Unger [can't] help Stanton as an EMT do to legal pr[o]tocals." See Exhibit A. Upon information and belief, the Department effectively excluded Unger because his pattern of self-serving behavior had become a danger to public safety. The stated basis of "legal protocols" is, on information and belief, a diplomatic characterization of a politically sensitive decision to reject the county's most powerful official. There is no generally applicable Nebraska statute or regulation that would have prohibited Unger from serving as a volunteer EMT. The restriction was specific to Unger personally; other law enforcement personnel have been welcomed into the Department without any similar exclusion throughout the period covered by the Department's minutes.

20. That the Department turned away a willing volunteer and the county's own Sheriff during the worst daytime staffing crisis in its history is powerful evidence of

the severity of Unger's misconduct. The Department had 24 members present at the meeting where this decision was recorded.

## C. Specific Instances of Unger's Life-Endangering Conduct

21. Upon information and belief, Unger's misconduct, which preceded and precipitated his removal from the Department in or about March 2020, included the following:

i. The Ambulance Stop Incident. Upon information and belief, Sheriff Unger on at least one occasion stopped a volunteer ambulance while it was en route to or returning from an emergency call, boarded it so he could collect the per-call stipend, and ordered a crew member to drive his patrol cruiser back to Stanton. The use of a civilian to operate a law enforcement vehicle was unauthorized.

ii. The One-Hour Standdown. Upon information and belief, Defendant Unger ordered an ambulance crew to stand down from responding to an urgent call for a period of approximately one hour so that he could return from a prior call and respond himself, thereby qualifying for an additional stipend payment.

iii. The Stroke Symptom Incident. Upon information and belief, a patient presented with stroke symptoms. Rather than allow the nearest EMTs to respond, Unger insisted on responding himself from the opposite side of the county. The patient waited approximately forty (40) minutes for Unger to arrive.

iv. The Clarkson Dispatch Refusal. Upon information and belief, the Clarkson, Nebraska dispatch center issued an emergency call in or near Stanton County. Unger refused to respond because the Clarkson jurisdiction did not pay per-call stipends.

v. Threats to Withhold Aid. Upon information and belief, Defendant Unger threatened to cease rendering emergency aid and threatened to prevent other responders from rendering aid if his stipend payments were discontinued.

vi. The Pattern and Practice. The incidents above are representative of a systematic pattern in which Unger inserted himself into EMS calls for the primary purpose of collecting stipend compensation, without regard to patient need, proximity, or delay to care. This pattern persisted until the Department removed him in or about March 2020.

## D. The Documented Collapse of the EMS System (2020–2026)

22. The consequences of Unger's misconduct did not end with his removal from the Department. The damage he inflicted on the volunteer system has compounded over

six years, creating a crisis documented month by month in the Department's own meeting minutes.

23. September 2020: The Stanton Health Center Raises Alarm. At the September 22, 2020 Department meeting, April from the Stanton Health Center attended to inquire about the Department's EMT staffing levels and to express "concerns on how things are ran." This institutional alarm from the local health care provider put Stanton County on constructive notice that the EMS system was failing. No county official took corrective action.

24. February 2022: Burnout and Recruitment Crisis. By February 2022, the Department was openly discussing member burnout. The minutes record that leadership was "wanting more involvement from the members" and acknowledged that "family comes first, we just don't want others to feel burned out and to spread the load." The Department discussed EMT hours becoming "lesser" with Faith Regional Hospital and the state.

25. July–September 2022: The Stipend Fix Is Attempted and Rejected. In July 2022, the Department discussed "bringing back Stainfen [stipend] for those who would get paid to go to calls when they are at their jobs." By September 2022, "The city council decided not to bring back the Stefin [stipend]." Upon information and belief, the City Council's decision was informed by the experience of Unger's prior abuse of per-call compensation. See Exhibit C.

26. August–September 2024: Norfolk Raises the Alarm. By August 2024, the Norfolk Fire and Rescue Department was raising concerns about the increased volume of mutual aid calls it was covering in Stanton's territory. The September 2024 minutes record that "Norfolk Fire and Rescue wants to talk with a few departments about the increased numbers of calls they have been helping with on mutual aid calls."

27. September 2024: Grain Bin Rescue in Stanton County. The September 2024 meeting minutes acknowledge a thank-you letter from Larry Clark for a grain bin rescue performed in Stanton County. Grain bin entrapment is one of the most time-critical agricultural emergencies, requiring advanced EMS response within minutes to prevent death by asphyxiation or crush injury. This rescue confirms that the types of farming emergencies to which Plaintiff Heimann is occupationally exposed are not hypothetical in this jurisdiction.

28. October 2024: Dual Paging with Pilger. The October 2024 minutes record that the Department implemented "dual paging between Stanton and Pilger," an operational workaround necessitated by the Department's inability to reliably field its own crew. Plaintiff's farming operation is located near Pilger.

29. May 2025: The Norfolk Contract. By May 2025, the crisis had become so severe that the City of Stanton and the Rural Board entered into a contract with the City of Norfolk to cover rescue calls. The Department's own minutes state: "The city of Stanton and the rural board made an agreement with Norfolk to help cover the rescue calls that we aren't able to make." See Exhibit F. This contract was renewed month by month through the end of 2025 and extended through May 2026.

30. December 2025: The ALS-to-BLS Downgrade Threat. The December 2025 minutes state: "We have to figure out as few things like if we are going to stay ALS or change to BLS for rescue." See Exhibit F. A downgrade from ALS to BLS would eliminate the ability of responding EMTs to administer medications, perform intubation, establish IV access, or conduct advanced cardiac interventions in the field.

31. The Membership Hemorrhage. Over the period documented in the Department's minutes (2020–2026), the Department has experienced a devastating loss of experienced members, including but not limited to departures by Bret Burtwistle, Steven Dvorak, Justin Mandl, Randy Hansen, Joe Vomacka, Scott Greve, Mike Frohberg, Devin Graae, Cody Duel, Kevin Reese, Ben Butterfield, Amanda Garder, Ron Gadeken, Layne Krutz, Thom McNutt, Paul Anderson, and Neif Palomeque. While new members have been recruited, they require months of training and city approval before they can serve.

### E. Plaintiff Heimann's Particularized Risk of Harm

32. Plaintiff operates a grain farming operation near Pilger, Nebraska. According to the Bureau of Labor Statistics, agriculture has a fatal occupational injury rate of approximately 20 deaths per 100,000 full-time equivalent workers that is roughly five times the all-industry average. Non-fatal serious injuries involving heavy equipment, grain storage, chemical exposure, livestock, and falls are dramatically overrepresented in agricultural occupations.

33. Plaintiff's farming operations involve daily exposure to conditions presenting documented risks of grain bin entrapment, combine and auger entanglement, crush injuries from heavy equipment, traumatic amputations, anhydrous ammonia exposure, and falls from height. These injuries require immediate advanced emergency medical intervention. Every one of these interventions depends on ALS-level capabilities that the Department is now considering abandoning.

34. Plaintiff's farming operation is located near Pilger, in the rural western portion of Stanton County. The Department's minutes document that Pilger has been providing mutual aid units to help cover calls. The October 2024 minutes record implementation of dual paging between Stanton and Pilger. Plaintiff's location at

the outer edge of the Department's response radius means the degradation of service affects him most acutely.

35. Plaintiff's risk of needing emergency medical services is not speculative: it is statistically near-certain over time given the inherent dangers of his daily work. The grain bin rescue performed in Stanton County in September 2024 confirms that these farming emergencies actually occur in this jurisdiction. The degradation of the Department's capabilities has concretely and measurably reduced the level and speed of emergency medical care available to Plaintiff, creating a particularized and imminent risk of serious bodily harm or death that Plaintiff faces every working day.

### F. The Kocian Pursuit: Notable Violation of Office Policy

36. On or about February 10, 2025, Unger and Kleensang participated in a high-speed pursuit that violated the Sheriff's Office's own written policy, endangered the public, and resulted in approximately $7,800 in damage to a taxpayer-funded patrol vehicle. The pursuit originated from a reported theft in O'Neill, Nebraska, approximately 100 miles away. Kleensang admitted under cross-examination that the suspect was not committing any traffic violations when Kleensang engaged. The Office's own pursuit policy provides: "Members of the sheriff's office shall not attempt to overtake or pass a fleeing suspect unless tactical action can be safely taken to stop the suspect vehicle." See Exhibit H.

### G. The Coordinated Announcements and the Corrupt Arrangement

37. On or about December 1, 2025, Defendant Unger publicly announced that he would not seek a ninth term as Sheriff. On or about December 2, 2025. Just one day later Defendant Kleensang publicly announced his candidacy with a polished campaign statement, detailed policy positions, and a fully developed platform, demonstrating advance coordination.

38. Upon information and belief, Defendant Unger entered into an arrangement with Defendant Kleensang (the "Arrangement") whereby Unger would publicly endorse Kleensang's candidacy in exchange for Kleensang's agreement to appoint Unger as a deputy sheriff upon Kleensang's election. The purpose is to allow Unger to simultaneously draw a retirement pension and a deputy's salary while his spouse completes her remaining years in the Clerk's Office.

39. The Arrangement was substantiated by statements made during a public confrontation between a known associate of Unger and Robert Kuehn, a Stanton County resident, during which the details of Unger's plan, including his reversal on

retirement, the endorsement-for-appointment exchange, and his intent to draw both pension and salary, were disclosed.

40. The December 16, 2025 Stanton Fire and Rescue Department minutes reflect that the organization was compelled to announce: "We as a department can not support a individual candidate running for sheriff office but each person can vote how they would like." See Exhibit F. Upon information and belief, this statement was a direct response to pressure from Unger and/or Kleensang to secure the Department's endorsement.

41. The Arrangement also encompasses promised appointments beyond Unger. Upon information and belief, Kleensang has promised Deputy Josh Bennett a management position in exchange for Bennett's support, demonstrating a systematic method of staffing through political patronage rather than merit.

## H. The Arrangement as a Corrupt Bargain

42. The Arrangement mirrors the conduct that federal courts have recognized as honest services fraud under 18 U.S.C. § 1346. In *United States v. Siegelman*, 561 F.3d 1215 (11th Cir. 2009), the Eleventh Circuit upheld honest services fraud and bribery convictions where Alabama Governor Don Siegelman appointed Richard Scrushy to a state regulatory board in exchange for campaign contributions. Under *Siegelman* and *Skilling v. United States*, 561 U.S. 358 (2010), the corrupt agreement itself constitutes the violation; the official act need not be completed. The Supreme Court in Skilling limited honest services fraud to bribery and kickback schemes, which is precisely what the Arrangement is: an exchange of something of value (the endorsement, delivered using taxpayer-funded resources) for a promise of official action (the deputy appointment).

43. The Arrangement also satisfies the elements of bribery under Nebraska law. Neb. Rev. Stat. § 28-917(1) provides that a person commits bribery if he or she offers, gives, or agrees to give any "benefit" to a public servant with the purpose of influencing the public servant's exercise of discretion in his or her official capacity. A political endorsement backed by thirty-three years of incumbency and delivered using the resources of the Sheriff's Office constitutes a "benefit." The promised appointment constitutes the exercise of discretion in official capacity.

44. Plaintiff does not bring criminal charges and need not prove criminal guilt beyond a reasonable doubt. Rather, Plaintiff invokes the jurisdiction of this Court to establish that the Arrangement, which constitutes conduct equivalent to bribery and honest services fraud, renders any resulting expenditure of public funds illegal and any official acts taken in furtherance of the Arrangement violative of the constitutional rights of Stanton County citizens. See *Shushan v. United States*, 117

F.2d 110, 115 (5th Cir. 1941) (no trustee has more sacred duties than a public official).

45. The Republican primary election is scheduled for May 2026. If the Arrangement is not enjoined before the election, and Defendant Kleensang prevails, the corrupt bargain will be consummated with the expenditure of public funds and the harm to taxpayers will be irreversible. The public interest requires judicial resolution of the legality of the Arrangement before the democratic process is used to ratify a corrupt bargain that the voters do not know exists.

### I. The Public Endorsement and Misuse of County Resources

46. On or about January 30, 2026, the Facebook page "KleensangforSheriff" published an "Endorsement Alert" post announcing Unger's endorsement. The post included a photograph taken inside the Stanton County Sheriff's Office, with both Defendants wearing official uniforms and badges. The post also included a professionally designed endorsement graphic (the "Endorsement Graphic") bearing the text: "I FULLY SUPPORT Aaron Kleensang AS THE NEXT STANTON COUNTY SHERIFF. After more than 30 years as the Stanton County sheriff, I encourage voters to look closely at the candidates and choose the individual with the proven ability, knowledge, and experience required to lead this office forward." The statement is attributed to "Sheriff Mike Unger." The photograph is captioned "Sheriff Unger Congratulates Chief Deputy." The Endorsement Graphic prominently features the official Stanton County Sheriff's badge or patch as its central visual element. Kris Unger's facebook page also posted the endorsement. See copy below:





47. The use of a county building, county-issued uniforms, and the official Sheriff's badge in campaign materials constitutes the use of public resources for political campaign activity in violation of Neb. Rev. Stat. § 49-14,101.02(2). The Nebraska Accountability and Disclosure Commission has specifically ruled that a sheriff's uniform is a public resource and that a sheriff may not engage in campaign activities while in uniform. NADC Advisory Opinion #145 (1994); see also NADC Advisory Opinion #51. Under Neb. Rev. Stat. §§ 23-1717 and 23-1718, sheriffs and deputies are required to wear distinctive uniforms and badges while on duty, and the county is required to pay a uniform allowance, confirming that the uniform and badge are public resources subject to the prohibitions of § 49-14,101.02. As to Defendant Kleensang, who is a deputy sheriff and therefore an "employee" of a political subdivision, Neb. Rev. Stat. § 20-160 independently prohibits any political activity while wearing a government-required uniform.

48. On or about February 3, 2026, at 1:38 a.m., the KleensangforSheriff Page posted the Endorsement Graphic as a standalone image. On or about January 5, 2026, the KleensangforSheriff Page posted a campaign video featuring Kleensang delivering a campaign address filmed in front of the Stanton County Courthouse, a county-owned building. On or about February 5, 2026, the KleensangforSheriff Page posted a video of Kleensang speaking at a Republican Party town hall on or about January 27, 2026, from a podium or lectern that appears to bear the official Stanton County Sheriff's seal or insignia.

**J. Campaign Activity on County Time**

49. On or about January 30, 2026, at approximately 8:09 a.m., K. Unger posted the identical Endorsement Graphic to her personal Facebook account during normal business hours. Upon information and belief, she was on duty and being compensated with public funds, in violation of Neb. Rev. Stat. § 49-14,101.02(9). K. Unger is further subject to Neb. Rev. Stat. § 20-160, which prohibits political activity while wearing a government-required uniform or during work hours for employees of political subdivisions.



50. On December 2, 2025, at 10:39 a.m., Defendant Kleensang posted his campaign announcement. The Norfolk Daily News has reported that Kleensang has worked the night shift for the past decade. Upon information and belief, Kleensang was on duty at the time. Additional campaign posts were made at times consistent with his on-duty hours, including a December 17, 2025 post at 11:54 p.m. As a deputy sheriff, an employee of a political subdivision, Kleensang is further prohibited by Neb. Rev. Stat. § 20-160 from engaging in any political activity while wearing a government-required uniform.

51. The December 17, 2025 post at 11:54 p.m. announced that Kleensang had enrolled in an EMT program at Northeast Community College, acknowledging a "nationwide shortage of EMS personnel" and stating that "Stanton County is no exception." Kleensang's public acknowledgment of the EMS crisis is significant: Unger's interference with emergency medical services contributed to the very crisis Kleensang identified, yet rather than address the root cause, Kleensang entered into the Arrangement to reappoint the individual whose conduct exacerbated it.

Moreover, if Kleensang himself is obtaining EMT certification, the purported need to reappoint Unger, who has been excluded from EMS operations due to his own misconduct, is further undermined, and continues the chilling effect on EMT volunteers not wanting to volunteer in Stanton County.

52. In a separate December 2, 2025 campaign statement, Kleensang made extraordinary admissions, stating his career had taken him "through several agencies, each change occurring at moments that required quick decisions and immediate departures," that he has "always embraced a highly aggressive style of policing" which "[s]ome describe as intense, others as excessive," and that his interactions may have been "abrupt, unexpected, or unnecessarily forceful." Kleensang subsequently deleted this statement, demonstrating consciousness that its admissions were damaging. The statements are antithetical to what a good sheriff and public servant should be, and are, upon information and belief, accurate descriptions of Kleensang. These statements show that Unger is not endorsing Kleensang because of his fitness for the position. He is endorsing him because Kleensang has agreed to appoint him as a deputy.



**Sheriff Aaron Kleensang**
December 2 at 10:39 AM · 🌐                                          •••

As I announce my candidacy for Stanton County Sheriff, I believe honesty is essential. My career has taken me through several agencies, each change occurring at moments that required quick decisions and immediate departures. These rapid transitions have taught me how to adapt under pressure, especially when pressure arrives suddenly and without much warning.

I have always embraced a highly aggressive style of policing. Some describe it as intense, others as excessive, but I consider it essential that the public always knows I am involved — sometimes more involved than the situation actually requires. I take pride in my activity level, even when that activity raises eyebrows, questions, or concerns about practicality, proportionality, or basic sense.

If elected Sheriff, my priorities will reflect the leadership qualities I consider most important:

• Emphasizing action over deliberation. While some leaders prioritize careful judgment, I believe in stepping in immediately, even when the full details aren't clear.

• Encouraging deputies to follow my example, balancing confidence with the understanding that not everyone will thrive under the same high-impact approach that has defined my career.

• Fostering community relationships, especially with those who may have found my past interactions abrupt, unexpected, or unnecessarily forceful.

• Strengthening internal stability, drawing on my personal experience navigating workplaces where expectations shifted fast enough to require immediate changes in my professional path.

• Maintaining transparency, because I know my decisions often attract attention and discussion — sometimes before I even have a chance to explain them.

My goal is to bring Stanton County a style of leadership that is unmistakably direct, unmistakably active, and unmistakably mine. I recognize that I am not the traditional candidate.

My background is complex, my approach is uncompromising, and my reputation is well known. But I believe these qualities uniquely position me to lead with the boldness required for today's challenges.

I appreciate your consideration and look forward to continuing the conversation with the people of Stanton County — whether they asked for that conversation or not.

53. These admissions are antithetical to the duties of a county sheriff. A sheriff is a constitutional officer entrusted with the measured exercise of state power. The

office demands restraint, proportionality, and adherence to constitutional limits on the use of force. A candidate who publicly declares that he acts before "the full details are clear," that he is "more involved than the situation actually requires," and that his interactions are perceived as "unnecessarily forceful" demonstrates a fundamental misunderstanding of the obligations of the office he seeks.

**J. First Amendment Retaliation via Official Press Release and Use of a Deceased Citizen's Phone for Campaign Purposes.**

54. On or about March 21, 2026, the Stanton County Sheriff's Office issued an official press release regarding a DWI arrest. Appended to the press release, in italicized text, Sheriff Unger included a statement directed at a Stanton County citizen and his wife who had recently told Kleensang that the Farmer did not intend to vote for him. See Below.

### Speed and Alcohol Don't Mix-Don't Drink and Drive in Stanton County

March 21, 2026

Just before 9:00 p.m. on Saturday evening the Stanton County Sheriff's office clocked a vehicle at 85 mph in the 60 mph zone of Hwy 35 in front of Woodland Park. The vehicle was stopped and the female driver was found to be under the influence of alcohol and marijuana. Marissa Piekkola, 24, of Sioux Falls, SD was placed under arrest for DWI and booked at the Sheriff's office where her BAC. was three times the legal limit. She was charged with the aggravated DWI after admitting drinking alcohol since leaving Sioux Falls earlier enroute to Norfolk. *"Just today a Stanton citizen told one of my deputies we need to get off the highways and the drugs on Hwy 275 are just passing through and not our problem. He further stated we should just go to games and events where we are seen. Well Mr. Citizen, I hope none of your three children are ever hit by a drunk or drug impaired driver. In Stanton County we will continue to do our sworn job as long as I'm the Sheriff".* Sheriff Mike Unger

55. In his statement, Unger wrote: "I hope none of your three children are ever hit by a drunk or drug impaired driver." In a community the size of Stanton County, the reference to "your three children" effectively identified the farmer and his wife to the community. The statement was a public rebuke and implied threat, using the machinery of an official law enforcement press release to retaliate against a citizen for exercising his First Amendment right to express a political opinion. The opinions expressed by the farmer and his wife concerned a deputy contact from when Deputy Kleensang hid his cruiser behind a sign on highway 275. The farmer and his wife were returning from an event and turned near the sign when Deputy Kleensang would position his cruiser so that his lights would suddenly blind the driver with the intended effect of causing a traffic violation. The farmer and the wife during their visit with Kleensang criticized the technique of creating violations with surprise blinding lights and expressed their opinion that deputies should not be actively trying to create encounters with law enforcement in this manner. Kleensang admitted to the farmer and the wife he did in fact intentionally position his cruiser this way and he believed that such action kept the county safe. When the farmer and his wife again expressed their opinion that this form of policing was

creating safety concerns and causing expenditure of resources in a manner that was antithetical to his actual duties Kleensang continued to argue that he was policing properly. This type of "highly active policing" of Kleensang is known by many throughout the county.

56. The March 2026 press release is not the first time Defendant Unger has used the power of his office to retaliate against citizens who opposed him politically. On or about February 18, 2022, Defendant Unger responded in his official capacity as Sheriff to a death investigation at approximately 3000 Highway 35 in the Woodland Park area of Stanton County. During the course of that investigation, Unger removed a cellular telephone belonging to the decedent from the scene. He then used the decedent's telephone to place an anonymous call to the employer of Arthur "Artie" Reed, a Stanton County resident who had publicly opposed Unger during a prior election cycle. In that call, Unger falsely reported that Reed's work vehicle was parked outside a local bar, the Greenhorn, during work hours, in an attempt to cause Reed's termination from his employment. Unger did not identify himself. He used a dead woman's telephone so the call could not be traced back to the Sheriff's Office. Upon information and belief, Unger has described this and similar acts of covert retaliation to associates, stating in substance that he has done "similar things to others to shut down people that didn't want him elected." This is the sheriff who controls investigations, arrests, and warrant service in Stanton County, and this is why no one in county government is willing to challenge him. A copy of a text sent to Mr. Reed, believed to be from a former Stanton county deputy sheriff, appears below:

Text Message • SMS
Sep 29, 2024 at 11:50 AM

2/18/2022 Sheriff Mike Unger went to a death investigation at 3000 Hwy 35 in woodland park. During this time, he stole the a dead woman's cell phone and used it to call Artie Reed's employer. Unger anonymously reported his work truck was parked outside the Greenhorn bar in an attempt to get him fired. This was during the last election and Artie Reed was a big opposition to Stanton County Sheriff Mike Unger. He bragged to many people about doing similar things to others to shut down people that didn't want him elected.

Sep 29, 2024 at 1:12 PM

Who is this because it's word for word

57. Unger has further abused the Sheriff's Office's official press release and communications infrastructure by using it as a personal editorial platform to air grievances on public issues, including grievances arising from his removal from the Department's EMT program. Upon information and belief, Unger has published articles and press releases through official channels that are not routine law enforcement communications but are instead opinion pieces designed to build political capital, settle personal scores, and position Kleensang as his successor. For example, Unger published an "open letter" through official channels criticizing the Nebraska juvenile probation system, generating media coverage that elevated his public profile and, by extension, the profile of his endorsed candidate.

### K. The Culture of Intimidation

58. Defendant Unger has served as Sheriff for approximately 33 years. He controls which complaints are investigated, which arrests are made, which warrants are served, and which citizens face the power of the state. Every other office in Stanton County government depends on the Sheriff's Office to function.

59. Upon information and belief, multiple individuals made complaints to County Attorney Lammli and Deputy County Attorney Locke regarding Unger's EMS misconduct. These complaints were met with silence. The County Attorney's Office did not investigate, did not advise the Board, did not contact the Department, and did not refer the matter to the Nebraska Attorney General's Office.

60. The result is a county government in which the Sheriff operates without any effective check on his authority. This institutional paralysis constitutes the policy, custom, and practice of Stanton County for purposes of municipal liability under 42 U.S.C. § 1983. Kleensang and Unger are actively using the full resources of their county positions for political and personal purposes as described throughout this complaint.

## CAUSES OF ACTION

## COUNT I

### 42 U.S.C. § 1983: Substantive Due Process (Fourteenth Amendment)

### (Against Unger and Kleensang in Their Individual and Official Capacities)

61. Plaintiff incorporates all preceding paragraphs.

62. Unger's deliberate actions including pulling over a responding ambulance for a stipend, ordering an ambulance crew to stand down for approximately one hour, forcing a stroke patient to wait forty minutes, refusing to respond to a Clarkson dispatch because it did not pay stipends, and threatening to withhold emergency aid constitute conscience-shocking conduct that goes beyond negligence or deliberate indifference. These were calculated decisions to subordinate human life to personal financial gain. See *County of Sacramento v. Lewis*, 523 U.S. 833, 849 (1998).

63. Unger's conduct created and increased the danger to Plaintiff by affirmatively using the coercive authority of his office to delay, divert, and prevent emergency medical responses. Under the state-created danger doctrine, a state actor violates the Fourteenth Amendment when he creates or increases a danger through affirmative acts. See *Carlton v. Cleburne County*, 93 F.3d 505, 508 (8th Cir. 1996).

64. The effects of this conduct are ongoing and have directly harmed Plaintiff. Unger's abuse drove volunteer EMTs from the Department, degraded its capability to the point that it acknowledged it "aren't able to make" rescue calls, forced the county to expend taxpayer funds on the Norfolk contract, and placed the ALS-to-BLS downgrade on the Department's agenda. Plaintiff, as a grain farmer near Pilger who faces daily occupational risks of the precise traumatic injuries that require ALS-level response, suffers a concrete, particularized, and imminent injury

from this degradation. Farming emergencies requiring advanced EMS response have actually occurred in this jurisdiction, as documented by the September 2024 grain bin rescue.

65. The Kocian pursuit further demonstrates that both Unger and Kleensang disregard their own policies when those policies conflict with their personal inclinations, creating grave and unnecessary risks to public safety.

66. Plaintiff reserves the right to seek leave to amend this Complaint to add additional plaintiffs who were directly harmed by the conduct described herein, including patients who experienced delayed emergency medical responses as a result of Defendant Unger's misconduct.

## COUNT II

### 42 U.S.C. § 1983: First Amendment Retaliation

**(Against Unger and Kleensang in Their Individual and Official Capacities)**

67. Plaintiff incorporates all preceding paragraphs.

68. The First Amendment protects the right of citizens to express political opinions without fear of retaliation by government actors. Plaintiff wishes to publicly oppose Defendant Kleensang's candidacy for Sheriff, to post his views on social media, to speak at Republican Party forums, to contact the Board of Supervisors about the Sheriff's misconduct, and to encourage other citizens to demand accountability. This intended speech is protected by the First Amendment.

69. Defendant Unger's use of an official Sheriff's Office press release to publicly identify and rebuke the Farmer for expressing a political opinion demonstrates that the Sheriff will use the official machinery of his office to retaliate against citizens who oppose his preferred candidate. This occurred on March 21, 2026.

70. A person of ordinary firmness in Plaintiff's position, a farmer in a county of 6,000 people, where the Sheriff has served for 33 years, where the Sheriff controls investigations and arrests, where Plaintiff's property is within the Sheriff's patrol jurisdiction, and where the Sheriff has just used a law enforcement press release to target a citizen's children in retaliation for a political opinion would reasonably be deterred from exercising First Amendment rights. Plaintiff has been so deterred.

71. As the independently elected Sheriff and final policymaker for Sheriff's Office communications, Defendant Unger's retaliatory press release constitutes an act of official policy attributable to Stanton County. See *Pembaur v. City of Cincinnati*, 475 U.S. 469 (1986). The official-capacity claims against Defendant Unger therefore establish municipal liability for this constitutional violation.

## COUNT III

### 42 U.S.C. § 1983: Municipal Liability (Monell) (Against Stanton County)

72. Plaintiff incorporates all preceding paragraphs.

73. Stanton County has maintained a policy, custom, and practice of deliberate indifference to the constitutional rights of its citizens by permitting Defendant Unger to operate the Sheriff's Office without meaningful oversight or accountability for over three decades. Citizens and Department members brought complaints directly to County Attorney Lammli and Deputy County Attorney Locke regarding Unger's life-endangering misconduct. Those complaints were met with silence. The County Board took no action to investigate, discipline, or correct the misconduct described herein. The County's deliberate indifference is demonstrated by its sustained failure to provide any oversight, investigation, or corrective action despite years of complaints and documented evidence of misconduct. See *S.M. v. Lincoln Cnty.*, 874 F.3d 581, 586, 588-89 (8th Cir. 2017) (absence of regular evaluations, feedback, or corrective action supports finding of deliberate indifference); *Ripson v. Alles,* 21 F.3d 805, 809 (8th Cir. 1994) (supervisor liable when he "turn[s] a blind eye for fear of what he might see").

74. The County's failure to act is not the result of ignorance. It is the result of a culture of intimidation in which the chief law enforcement officer of the county has accumulated such unchecked power over such a long period that no other county official is willing to challenge him. When the person who controls investigations, arrests, and warrant service is also the person engaging in misconduct, and when that person has demonstrated a willingness to retaliate against citizens who oppose him, the predictable result is institutional paralysis. That paralysis is itself the policy: a custom of looking the other way that is so persistent and widespread as to constitute the "moving force" behind the deprivation of Plaintiff's constitutional rights. *See Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 694 (1978).

## COUNT IV

### Conversion of Public Resources (State Law)

### (Against Unger and Kleensang in Their Individual Capacities)

75. Plaintiff incorporates all preceding paragraphs.

76. Defendants Unger and Kleensang, without authorization from the Board of Supervisors, converted county resources to personal campaign use, including: (a)

official uniforms and badges, worn in campaign photographs and at campaign events; (b) the interior of the Sheriff's Office, used as the backdrop for a campaign endorsement photograph; (c) the official Sheriff's badge, reproduced as the central visual element of a campaign graphic; (d) official press release infrastructure and distribution lists, used for political retaliation and campaign purposes; (e) compensated work hours, during which Kleensang managed campaign social media content and K. Unger disseminated campaign materials; and (f) the official title, authority, and imprimatur of the Sheriff's Office, deployed to create the false impression that campaign activity carries official endorsement.

77. This conversion was intentional and unauthorized. Each of these acts violated Neb. Rev. Stat. § 49-14,101.02(2), which prohibits the use of public resources for campaign purposes; Neb. Rev. Stat. § 49-14,101.02(9), which prohibits campaign activity on government work time; Neb. Rev. Stat. § 20-160, which prohibits political activity while wearing a government-required uniform; and NADC Advisory Opinions #145 and #51.

## COUNT V

### Taxpayer Challenge to Illegal Expenditures (State Law)

### (Against Stanton County, Unger, and Kleensang)

78. Plaintiff incorporates all preceding paragraphs.

79. Plaintiff brings this claim as a taxpayer of Stanton County pursuant to Nebraska law permitting taxpayers to challenge illegal expenditures of public funds. This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a). Plaintiff's standing derives from Nebraska law, which confers a particularized financial injury: Plaintiff's tax dollars have been and continue to be expended on costs attributable to Defendants' illegal conduct.

80. The following expenditures of public funds were made in violation of law: (a) salary paid to Defendant Kleensang during hours he spent on campaign activity rather than performing official duties, in violation of Neb. Rev. Stat. §§ 49-14,101.02(2) and (9); (b) salary paid to K. Unger during hours she spent disseminating campaign materials from her desk at the Clerk's Office, in violation of Neb. Rev. Stat. § 49-14,101.02(9); (c) the cost of county resources used for campaign purposes; (d) approximately $7,800 in damage to a patrol vehicle during the Kocian pursuit conducted in violation of the Sheriff's Office's own policy; and (e) the costs of the Norfolk ambulance contract, which would not have been necessary but for the degradation of the Department caused by Defendant Unger's misconduct.

## COUNT VI

### Declaratory and Injunctive Relief

### (Against Stanton County, Unger, and Kleensang)

81. Plaintiff incorporates all preceding paragraphs.

82. Plaintiff seeks a declaratory judgment that Defendants' conduct violated the constitutional and statutory rights of Plaintiff and the citizens of Stanton County.

83. Plaintiff seeks injunctive relief: (a) prohibiting the use of official authority, resources, uniforms, badges, press releases, and letterhead for campaign purposes or political retaliation; (b) enjoining the appointment of Unger as a deputy sheriff and the appointment of Deputy Josh Bennett to a management position, to the extent such appointments are the product of the corrupt Arrangement; (c) requiring that complaints regarding law enforcement misconduct be referred to the Nebraska Attorney General's Office or an independent authority for investigation; and (d) requiring the County to establish an independent mechanism for citizens to report misconduct by the Sheriff's Office without those complaints being routed through offices that are dependent on or intimidated by the Sheriff.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment against Defendants and the following relief:

a. Compensatory damages in an amount to be determined at trial;

b. Punitive damages against Defendants Unger and Kleensang in their individual capacities;

c. Declaratory relief as described herein;

d. Preliminary and permanent injunctive relief as described herein;

e. Disgorgement of all public funds improperly expended as described herein;

f. Reasonable attorneys' fees and costs pursuant to 42 U.S.C. § 1988;

g. Pre-judgment and post-judgment interest; and

h. Such other relief as this Court deems just and equitable.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all claims and issues so triable.

Respectfully submitted,

s/ Paul D. Heimann

Paul D. Heimann, Neb. Bar No. 21727
The Orr Law Group, LLC
9375 Burt Street, Suite 200
Omaha, NE 68114
Telephone: (402) 968-0226
Email: PaulH@orrlawgrp.com
Attorney for Plaintiff Matthew Heimann



**EXHIBIT**

**A**

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the January 21st 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by President Thom McNutt at 7:03 pm on Tuesday January 21st 2020 at the firehall. After the pledge roll call showed that 18 members were present. Secretary Bryce Leuthold read the minutes from the December 17th 2019 meeting and acting Treasurer Al Aaberg gave the treasurers report that showed a balance of $12,550.79 in the Savings account $25,953.05 in the Checking account and $9,976.26 in the Fireworks account. Cody Deuel made a motion to accept the minutes and the treasurers report. Jeremy Kerbel seconded the motion and the motion passed.

On old business. There was nothing new re guarding the jaws. We picked out the items that we are going to use for our raffle this year and Kory Krutz made a motion that we sell 1,000 tickets at $10.00 each. Tim Stamm seconded the motion and the motion passed. Joel Putters did some looking into some equipment that we need to preform ice and water rescues. We still need to decide what we want and vote on it. Artie Reed is still looking into a memorial for Eddie. We put a thank you in a couple papers to thank the lawyer for all his help. Our new EIN number is still in the works.

On new business. There will be an ice rescue class in Pilger on February 9th at 8 am. Black Hills Energy would like to come down to the firehall and put on a class for us. We just need to pick a night that will work for both of us. There will be a meeting on Monday January 27th at 7 pm to talk about trying to find an EMT to be around during the day that can make it to calls. Our Christmas party will start around 6 pm on January 25th. We are asked to bring a dessert if we can. There will be a mutual aid meeting in Winside on January 28th at 7 pm.

The officers for the department are Kory Krutz as Chief, Tim Stamm as 1st assistant, Ron Gadeken as 2nd assistant, Cissy Louthan as Captain, Colleen Butterfield as Co Captain, Thom McNutt as President, Jeremy Kerbel as Vice President, Lori Webster as Treasurer, Bryce Leuthold as Secretary, Artie Reed and Joel Putters as Training officers and Holly Hoehne as Purchaser for Rescue.

On the inspection report. They cleaned the bay and replaced a total of 8 batteries in the trucks and added a battery disconnect onto the yellow grass rig. Everything else looked good. The new inspection crew for the month will be Bryce Leuthold, Steven Dvorak, Randy Hansen, Cissy Louthan and Holly Hoehne.

The bills for the month are $15.99 to True Value $66.34 to Floral Expressions $84.06 to Cissy Louthan for the flowers she got for a funeral $33 to the Stanton Register and $72.84 to Emmetts. WE received a $50 donation from Robert Vogel. Jeremy Kerbel made a motion to pay the bills. Kevin Reese seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Cody Deuel seconded the motion and the meeting was adjourned at 8:01 pm.

Respectfully submitted

Bryce Leuthold, Secretary

## The Stanton Volunteer Fire and Rescue Department

### Minutes of the February 18th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by Vice President Jeremy Kerbel at 7:03 pm on Tuesday February 18th 2020 at the fire hall. Roll call showed that 21 members were present. Secretary Bryce Leuthold read the minutes from the January 21st 2020 meeting and acting Treasurer Al Aaberg gave the treasurers report that showed a balance of $12,550.79 in the Savings account $23,182.77 in the Checking account and $9,976.26 in the Fireworks account. Kevin Reese made a motion to accept the minutes and the treasurers report. Holly Hoehne seconded the motion and the motion passed.

On old business. Artie Reed has gotten a few prices for the memorial for Eddie. The raffle tickets for our raffle are here. The ice rescue class in Pilger went well. We still need to get gear for doing ice and water rescues.

On new business. The department will be doing a fish fry on Good Friday at the VFW. Artie Reed made a motion that we pay them to clean the kitchen after the fish fry. Colleen Butterfield seconded the motion and the motion passed. Kory Kurtz made a motion that the profit from the fish fry goes to Fireworks. Colleen Butterfield seconded the motion and the motion passed. Tim Stamm voted NO. We will be updating our information on our id cards. We will probably be doing a few controlled burns on CRP this spring. Whoever has a red light permit will need to renew them. There will be a storm spotting class at the fire hall on February 25th at 7 pm. There is tracking program that other departments are using to help keep track of people and equipment on calls that we might look at. Chief Kory Krutz said that he is going to talk to the members that are inactive and see if they still want to be part of the department anymore. There will be 3 nights of jaws training coming up in March. Mike Unger offered to be an EMT during the day on calls. Matt from Black Hills came down to the fire hall and talked to us about natural gas stuff. Rescue cleaned out all of the stuff over there that was out dated.

On the inspection report. The green grass rig has no horn and the glow plug switch isn't working. On the first responder there is a bent strut on one of the doors behind the cab. The battery for the pump on the 6x6 needed charged. The pump on #8 has a small leak. Everything else looked good. The new inspection crew for the month will be Brandon Remm, Scott Greve, Joe Vomacka, Lori Webster and Shawnette Tomka.

The bills for the month are $136.96 to Gellette printing, $525.25 to Emmetts, $182.28 to the Green Horn, $16 to Bryce Leuthold for flashlight batteries and $100 to the VFW. We also receive a hand full of smaller donations. Cissy Louthan made a motion to pay the bills. Tim Stamm seconded the motion and the motion passed.

Lori Webster made a motion to adjourn the meeting. Artie Reed seconded the motion and the meeting was adjourned at 8:41 pm.

Submitted by, Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the March 17th 2020 meeting

The regular meeting of the Stanton Volunteer fire and rescue department was called to order by president Thom McNutt at 7:02 pm on Tuesday March 17th 2020 at the fire hall. After the pledge roll call showed that 24 members were present. Secretary Bryce Leuthold read the minutes from the February 18th 2020 meeting and Treasurer Al Aaberg gave the Treasurers report that showed a balance of $12,550.79 in the Savings account $22,831.81 in the Checking account and $9,976.26 in the Fireworks account. Justin Mandl made a motion to accept the minutes and the treasurers report. Cissy Louthan seconded the motion and the motion passed.

On old business. Our fish fry might be put on hold for now do to covid 19. The red light permits that some of us have need to be renewed every year. The jaws training that we were doing with the fire marshal has been put on hold for now. Mike Unger can't help Stanton as an EMT do to legal protocols. There will be no mutual aid meeting this month. Artie Reed brought in some pictures of what the memorial for Eddie might look like, the members of the department are to bring their donations to the April meeting. The raffle drawing is still going to be held on April 10th.

On new business. Cissy Louthan told us about what the state has mandated and what the protocols are concerning covid 19. As of now we are to wear full PPE on all calls. If you have any questions ask an EMT and listen to them. We are to radio in to dispatch so that they know we got the page and that we are enroute. Cissy Louthan needs everyone's info so that she can get it to the state.

On the inspection report. On #2 there is a lower scene light that is out and a valve for the foam needs replaced. Truck #8 has a small pump leak and the strut on the door for #1 has been replaced. The new inspection crew for the month will be Shawn Wiedeman, Walter Watts, Artie Reed, Colleen Butterfield and Aubrey Vogel.

There were no bills for this month.

Justin Mandl made a motion to adjourn the meeting. Cissy Louthan seconded the motion and the meeting was adjourned at 7:47 pm.

Respectfully submitted

Bryce Leuthold, Secretary

The Stanton Volunteer Fire and Rescue Department

Minutes of the April 2020 meeting

There was no meeting in April do to the Covid 19 situation.

Bryce Leuthold, Secretary

The Stanton Volunteer Fire and Rescue Department

Minutes of the April 2020 meeting

There was no meeting in April do to the Covid 19 situation.

Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the May 19th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by Vice President Jeremy Kerbel at 7:10 pm on Tuesday May 19th 2020 at the firehall. Roll call showed that 19 members were present. Secretary Bryce Leuthold read the minutes from the March 17th 2020 meeting and Treasurer Al Aaberg gave the treasurers report showed a balance of $12,550.79 in the Savings account $28,011.25 in the Checking account and $10,178.73 in the Fireworks account. Cody Deuel made a motion to accept the minutes and the treasurers report. Cissy Louthan seconded the motion and the motion passed.

On old business. We will be doing a controlled burn on a house in Stanton on some Sunday morning. The controlled burn the department did on some CRP went well.

On new business. The oil leak on the yellow grass rig has been fixed and 55 mph is the max speed to go with it from now on. We will be doing some more modifications to the yellow grass rig this next winter. If you buy something for the department out of your personal account turn in the recites so that you can be repaid. They are going to tare down the old meet looker in Stanton and would like to have a truck or two there to help keep the dust down. The jaws training that was on hold is now back on. Colleen Butterfield made a motion that we ok Kory Krutz to buy the equipment and supplies that we need. Kevin Reese seconded the motion and the motion passed. The oxygen plant donated an AED to the department. We are starting to figure out the fireworks and what we are going to do this year. We received a couple thank you cards from people in the community.

On the inspection report. Nothing new and everything looed good. The new inspection crew for the month will be Justin Mandl, Thom McNutt, Jeremy Kerbel, Kory Krutz, Shawnette Tomka and Colleen Butterfield.

The bill for the month is $46.44 to True Value. Artie Reed made a motion to pay the bill. Travis Beel seconded the motion and the motion passed. WE received a $25 donation from Pearl Kander, a $250 donation from Wilke farms, a $100 donation from Stanton County Farm Bureau and a $3,000 donation from TC Energy Foundation.

Ron Gadeken made a motion to adjourn the meeting. Walter Watts seconded the motion and the meeting was adjourned at 7:46 pm.

Respectfully submitted

Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the June 16th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by President Thom McNutt at 7:00 pm on Tuesday June 16th 2020 at the firehall. Rollcall showed that 20 members were present. Secretary Bryce Leuthold read the minutes from the May 19th 2020 meeting and acting Treasurer Al Aaberg gave the Treasurers report that showed a balance of $12,550.79 in the Savings account $30,521.46 in the Checking account and $10,178.73 in the Fireworks account. Joel Putters made a motion to accept the minutes and the Treasurers report and Walter Watts seconded the motion and the motion passed.

On old business. The fireworks are on order but we are still waiting on the license to get them. The jaws training that we had went well. We are waiting for the state to clear it before we burn a house down in Stanton.

On new business. Artie Reed said that we should think about bringing back the junior fire fighter program. Kory Krutz ordered seven new pagers. Justin Mandl handed his stuff in so he is no longer on the department. We put our seconded AED into truck #2. We got some new gloves in that we can use for accidents. We are still looking into equipment for doing water rescues. Artie Reed made a motion that we put our picture in the paper for fire prevention week. Colleen Butterfield seconded it and the motion passed.

On the inspection report. There is a check engine light on in truck #8 and it also has a small leak at the pump. Everything else looked good. The new inspection crew for the month will be Al Aaberg, Ron Gadeken, Travis Beel, Michaela Wurdinger, Joel Putters and Andrea Lauters.

The bills for the month are $57.70 to the Peirce locker, $87.74 to Floral Expressions, $298.90 to True Value and $115.96 to Tim Stamm for fireworks stuff. Ron Gadeken made a motion to pay the bills. Travis Beel seconded the motion and the motion passed. We received a $200 donation from the Wylie family.

Al Aaberg made a motion to adjourn the meeting. Lori Webster seconded the motion and the meeting was adjourned at 8:06 pm.

Respectfully submitted

Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue

## Minutes of the July 21st 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by President Thom McNutt at 7:00 pm on Tuesday July 21st 2020 at the fire hall. Roll call showed that 22 members were present. Secretary Bryce Leuthold read the minutes from the June 16th meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $12,554.70 in the Savings account, $26,643.86 in the Checking account and $1,889.50 in the Fireworks account. Cody Deuel made a motion to accept the minutes and the treasurers report and Walter Watts seconded the motion and the motion passed.

On old business. The house burn we did went well. Kory Krutz talked to a couple of our neighboring departments to see what they are doing for a Jr. firefighter program. The new pagers are here that we ordered. We took our department picture today that will be put into the paper for fire prevention week. Kevin Reese made a motion that we buy the ice-water rescue equipment for around $6,000.00. Jeremy Kerbel seconded the motion and the motion passed.

On new business. The fair board asked if the department would help out at the fair events again this year. We will be helping again. The fireworks went well again this year. Thanks to everyone that helped with them. There will be an air pack training in Pilger on July 24th and 25th. Kory Krutz ordered 300 foot of new rescue rope to replace our out dated rope. There were 4 people from the nursing home that would like to join the department as EMTs. three of them would have to take the full class and one would have to take the bridge class from RN to EMT. They were Corry Jensen, Carol Hegemann, Liz Adelmen and April Johnston. Kory Krutz made a motion that we sponsor them as a group. Joel Putters seconded the motion and the motion passed. The state dues are do so we will have to pay them. WE are looking into getting a power lift cot for rescue one. We will have to fill out a grant for it so we can get reimbursed, a new cot is around $30,000.00. Bret Burtwistle, Steven Dvorak, Randy Hansen, Justin Mandl and Joe Vomacka are no longer on the department.

On the inspection report. Everything looked good. The new inspection crew for the month will be Bryce Leuthold, Joel Putters, Cody Deuel and Holly Hoehne.

There were no bills for this month.

Al Aaberg made a motion to adjourn the meeting. Aubrey Vogel seconded the motion and the meeting was adjourned at 8:02 pm.

Respectfully submitted

Bryce Leuthold, Secretary

## The Stanton Volunteer Fire and Rescue

### Minutes of the August 18th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by President Thom McNutt at 7:07 pm on Tuesday August 18th 2020 at the firehall. After the pledge roll call showed that 18 members were present. Acting Secretary Cody Deuel read the minutes from the July 21st 2020 meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $14,576.01 in the Savings account, $21,158.89 in the Checking account and $2,564.50 in the Fireworks account. Travis Beel made a motion to accept the minutes and the treasurers report and Ron Gadeken seconded the motion and the motion passed.

On old business. The fair went good again this year. The air pack training in Pilger has been moved to a later date. We are still looking in to getting a new cot for rescue one. No new news for the Junior firefighter program. The city paid the state dues for the department.

On new business. Pilger is having a SCBA class on August 20th from 6-10 pm. People from Amcus will be coming to Stanton on September 10th at 6:00 pm to show us their set of electric jaws. The pancake feed is planned to be held this year on October 4th from 7-1. Anton Heckerly wants to join the department and was voted on by all members present pending approval from the city.

On the inspection report. The yellow grass rig didn't start. Truck #3 is missing a spanner wrench. The fuel gage is off on the 6x6. Everything else looked good. The new inspection crew for the month will be Colby Carley, Brandon Remm, Scott Greve, Lori Webster and Shawnette Tomka.

The bills for the month are $128.20 to True value and $6,144.00 to K&K productions or the ice and water rescue equipment. Walter Watts made a motion to pay the bills and Colby Carley seconded the motion and the motion passed.

Colby Carley made a motion to adjourn the meeting. Aubrey Vogel seconded the motion and the meeting was adjourned at 7:40 pm.

Respectfully submitted

Bryce Leuthold, Secretary

## The Stanton Volunteer Fire and Rescue

### Minutes of the September 22nd 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by Vice President Jeremy Kerbel at 7:05 pm on Tuesday September 22nd 2020 at the firehall. After the pledge roll call showed that 20 members were present. Acting Secretary Walter Watts read the minutes from the August 18th 2020 meeting and Treasurer Lori Webster gave the Treasurers report that showed a balance of $14,567.01 in the Savings account, $21,633.69 in the Checking account and $2,564.50 in the Fireworks account. Aubrey Vogel made a motion to accept the minutes and the treasurers report and Al Aaberg seconded the motion and the motion passed.

On old business. The house burn in Norfolk went good, Joel Putters, Cody Deuel, Colby Carley and Walter Watts went to it. The yellow grass rig is back from getting worked on and runs better now. We ordered the new jaws units and accessories from Field Fire for $30,685.00. We also ordered some new gloves as well.

On new business. The annual Pancake feed will be held on October 4th this year at the firehall. Kory Kurtz is bringing a roaster pan, Tim Stamm ordered 250-300 to go containers, Brandon Remm is going to pick up the sausages, table clothes and plates. Ron Gadeken will get the key so we can the tables and chairs from the fair grounds. Clean up will be on Saturday October 3rd at 5 pm and will start setup un Sunday at 5:30 am. We are going to load out an old cot to the school for their play. Kevin Reese made a motion to buy one more suit and Holly Hoehne seconded it and the motion passed. April from the Stanton Health Center came in and was wondering how many EMT we have now and how many work in town, she had concerns on how things are ran. The bl laws were discussed and a lot of different subjects were discussed as well. April is going to inform the people that were interested in the EMT class and see if they still want to take it. We will be taking Dallas Hinnerichs and Al Aaberg off of the bank accounts and will be putting Kory Krutz and Lori Webster on in their place.

On the inspection report. The 6x6 and the 4x4 were a little low on fuel. Need to refill everything after every call. Everything else looked good. The new inspection crew for the month will be Shawn Wiedeman, Walter Watts, Artie Reed, Colleen Butterfield and Aubrey Vogel.

The bills for the month are $96 to the news paper $1,149.50 to alert all for fire prevention stuff. Tim Stamm made a motion to pay the bills. Colleen Butterfield seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Kiki Reese seconded the motion and the meeting was adjourned at 8:45 pm

Respectfully submitted                                              Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue

## Minutes of the October 20th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by President Thom McNutt at 7:05 pm on Tuesday October 20th 2020 at the firehall. After the pledge roll call showed that 21 members were present. Secretary Bryce Leuthold read the minutes from the September 22nd 2020 meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $14,567.01 in the Savings account $23,884.81 in the Checking account and $2,564.50 in the Fireworks account. Joel Putters made a motion to accept the minutes and the treasurers report and Colleen Butterfield seconded the motion and the motion passed.

On old business. The pancake feed went well. We will be getting an ice fishing hunt to use for out door rescues during the winter. There was no new news from April from the nursing home. We need to talk to Artie Reed to see what he found out about the memorial for Eddie.

On new business. Joel Putters is talking to a guy about getting donations for equipment. Joel is also looking into how much rescue rope we have and how much rope we might need. Colby Carley made a motion that we buy 2 more 300 foot rescue ropes and Colleen Butterfield seconded it and the motion passed. We received DVDs with the new ice/water rescue tools that we need to watch so we know how to use them properly. When we are fighting a grass fire we need to fight it from the black if we can. If you don't know how the run the truck don't drive it. Then tankers are to stay on the road unless instructed otherwise. We will have a demo on the new jaws when they get here. There are insurance papers here so you can add or change your beneficiary. There will be a CPR recertification class at the fire hall on October 27 at 6 pm and food will be provided.

On the inspection report. #8 need a tail light fixed. The master switches were left on in the 4x4 and 6x6. The gas can in the yellow grass rig is gone and the can on the 4x4 needs a new nozzle. The oxygen tanks in the rescue bay need refilled. Everything else looked good. The new inspection crew for the month will be Tim Stamm, Cody Deuel, Kevin Reese, Colby Carley, Joel Putters, Cissy Louthan and Kiki Reese.

The bills for the month are $27.80 to Brando Remm for stuff from Hobby lobby for the pancake feed. $269.85 to Hienken for new fir gloves $57.42 to True value and $66.95 to Pitzer Digital for advertising. Colleen Butterfield made a motion to pay the bills and Ron Gadeken seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Colleen Butterfield seconded the motion and the meeting was adjourned at 7:52 pm

Respectfully submitted                                    Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue

## Minutes of the November 17th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by President Thom McNutt at 7:00 pm on Tuesday November 17th 2020 at the firehall. After the pledge roll call showed that 14 members were present. Secretary Bryce Leuthold read the minutes from the October 20th 2020 meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $14,567.01 in the Savings account $23,024.40 in the Checking account and $2,566.54 in the Fireworks account. Al Aaberg made a motion to accept the minutes and the treasurers report and Travis Beel seconded the motion and the motion passed.

On old business. The hut we ordered for outside winter rescues is here. There was no news from April from the nursing home. The new rope for rescues is here. The new gloves and masks are also here. The new jaws haven't showed up yet.

On new business. The mutual aid meeting in Hoskins on the 24th has been canceled. We are to ware masks to rescue calls for now. The hospital is getting us new code cards for the rescue units. Shawnette Tomka made a motion that we get new pins to recognize members years of service on the department. Walter Watts seconded the motion and the motion passed.

On the inspection report. Everything looks good. The new inspection crew for the month will be Thom McNutt, Jeremy Kerbel, Kory Krutz, Shawnette Tomka, Colleen Butterfield and Michaela Wurdinger.

The bills for the month are $1,385.72 to Feld Fire for rescue gear, $504.46 to Emmetts and $80.41 to the Stanton Register. Kiki Resse made a motion to pay the bills and Walter Watts seconded the motion and the motion passed.

Jeremy Kerbel made a motion to adjourn the meeting. Holly Hoehne seconded the motion and the meeting was adjourned at 7:26 pm.

Respectfully submitted

Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue

## Minutes of the December 15th 2020 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by President Thom McNutt at 7:00 pm on Tuesday December 15th 2020 at the firehall. After the pledge roll call showed that 17 members were present. Secretary Bryce Leuthold read the minutes from the November 17th 2020 meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $14,588.53 in the Savings account $24,166.86 in the Checking account and $2,566.54 in the Fireworks account. Artie Reed made a motion to accept the minutes and the treasurers report. Travis Beel seconded the motion and the motion passed.

On old business. The new cards for the hospital are in both ambulances. The new jaws are here and are on the first responder. Artie Reed talked a little about the memorial for Eddie.

On new business. Unit one will be down for repairs for a day. Stanton will be hoisting the mutual aid meeting on January 26th 2021 at the firehall. There will be a jaws training class at the firehall on Saturday January 16th 2021. Mike F from emergency management wanted to know if anyone wanted to receive the new covid vaccine. Kory Krutz made a motion that we transfer some money from the Jaws account to the Checking account so we can pay for the new jaws. Joel Putters seconded the motion and the motion passed. Stanton Hardware donated a new large coffee maker and a new skillet to the department for the pancake feed. We are thinking about getting rid of the old set of jaws off of truck #3.

On the inspection report. A couple of light needed replaced. The set of jaws from truck #1 were moved to truck #3 and the new jaws were put on truck #1. Everything else looked good. The new inspection crew for the month will be Al Aaberg, Ron Gadeken, Travis Beel, Michaela Wurdinger, Joel Putters and Andrea Lauters.

The bills for the month are $12.59 to True value, $2,906.85 to Feld Fire for gloves and masks $24,550.00 to Feld Fire for the new jaws. We received a few donations and they were $20 from the Keester family $25 from the Patterson's and $3,000.00 from the Wilke's. Kiki Reese made a motion to pay the bills. Ron Gadeken seconded the motion and the motion passed.

Tim Stamm made a motion to adjourn the meeting. Walter Watts seconded the motion and the meeting was adjourned at 7:39 pm.

Respectfully submitted

Bryce Leuthold, Secretary



EXHIBIT

B

## The Stanton Volunteer Fire and Rescue

## Minutes of the January 19th 2021 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by Vice President Jeremy Kerbel at 7:00 pm on Tuesday January 19th 2021 at the fire hall. After the pledge roll call showed that 17 members were present. Secretary Bryce Leuthold read the minutes from the December 15th 2020 meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $42,015.41 in the Savings account $9,742.42 in the Checking account and $2,568.52 in the Fireworks account. Al Aaberg made a motion to accept the minutes and the treasurers report. Joel Putters seconded the motion and the motion passed.

On old business. The jaws class that was scheduled for January 30th has been moved to February 13th at 10:00 am.

On new business. Stanton will be hoisting a mutual aid meeting at the firehall on Tuesday the 26th at 7:00 pm. We will be cleaning the firehall on Saturday the 23rd at 3 pm. We will be having hamburgers and hot dogs with some salads. We plan on having someone from the forestry department come for the training at the meeting. We are looking for a day that we can do some ice rescue training. Our Christmas party will be on February 20th at the fairgrounds. Al said that he would ask Bret Burtwistle if he would do the cooking for us. We need to order some new parts for the fireworks controls. We are thinking about doing a fish fry again this year. We are looking for ideas for a raffle this year. Ron Gadeken, Walter Watts and Cody Deuel volunteered to be on a comity for the raffle.

On the inspection report. Everything looked good. The new inspection crew for the month will be Dallas Hinnerichs, Bryce Leuthold, Cissy Louthan, Holly Hoehne and Cody Deuel.

The bill for the month is $ 103.40 to Rons. Tim Stamm made a motion to pay the bill and Colby Carley seconded the motion and the motion passed.  We received some donations, they were $20 from the Schellpepers, $100 from the Vanfleets, $1,000.00 from Doernemann Construction, $50 from the Vogels, $50 from the Kumms and $500 from Graces Closet.

Ron Gadeken made a motion to adjourn the meeting. Al Aaberg seconded the motion and the meeting was adjourned at 7:40 pm.

Respectfully submitted

Bryce Leuthold, Secretary

## The Stanton Volunteer Fire and Rescue

## Minutes of the February 19th 2021 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by President Thom McNutt at 7:05 pm on Tuesday February 19th 2021 at the firehall. After the pledge roll call showed that 17 members were present. Secretary Bryce Leuthold read the minutes from the January 19th 2021 meeting and Treasurer Lori Webster gave the treasurers that showed a balance of $13,369.46 in the Savings account $9,742.42 in the Checking account and $2,568.52 in the Fireworks account. Al Aaberg made a motion to accept the minutes and the treasurers report. Kiki Reese seconded the motion and the motion passed.

On old business. The mutual aid that we held went well. We are planning on doing some ice rescue training on March 3rd. Bret Burtwistle will be cooking for our Christmas party. We will be doing a fish fry again this year on good Friday at the VFW. Lori Webster made a motion that we don't do a raffle this year do to not having enough time to get everything together. Travis Beel seconded the motion and the motion passed. We need to start planning on getting donations for the fireworks for this year.

On new business. Layne Krutz wants to join the department. Layne was voted on by the department and now the city has to ok it. When we take out the 4x4 and the 6x6 we need to start the pumps and let them circulate water if it is at or below freezing. We are planning on doing jaws training on March 20th since the last one was cancelled. We are having some issues with the pages while Norfolk is figuring their new system out. The Elks Club donated two baskets of blankets and first aid supplies to the department.

On the inspection report. We added fuel additive to all of the trucks. Truck #3 has a red strobe light out on the left rear of the truck. Everything else looked good. The new inspection crew for the month will be Shawn Wiedeman, Walter Watts, Artie Reed, Colleen Butterfield and Lori Webster.

The bills for the month are $79.64 to Anton Heckerly for January's supper. $40 for our mutual aid fees. $33.75 to the Green Horn $77.68 to Emmetts $80 to Wolfs Den $904.95 for the ice rescue suit and $106.17 to Dallas Hinnerichs for February's meeting. We received some donations and they were $100 from Sharil Chase $25 from Ruth ann Denney and $150 from Dale and Lola Denny. Joel Putters made a motion to pay the bills and Walter Watts seconded it and the motion passed.

Tim Stamm made a motion to adjourn the meeting. Cody Deuel seconded the motion and the meeting was adjourned at 8:00 pm.

Respectfully submitted

Bryce Leuthold, Secretary

## The Stanton Volunteer Fire and Rescue

### Minutes of the March 16th 2021 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by Vice President Jeremy Kerbel at 7:01 pm on Tuesday March 16th at the firehall. After the pledge roll call showed that 15 members were present. Secretary Bryce Leuthold read the minutes from the February 19th meeting and Treasurer Lori Webster gave the Treasurers report that showed a balance of $13,369.46 in the Savings account $25,438.83 in the Checking account and $2,568.52 in the Fireworks account. Joel Putters made a motion to accept the minutes and the treasurers report. Al Aaberg seconded the motion and the motion passed.

On old business. Our Christmas party went good. The jaws training that we held went well. The ice rescue training was cancelled do to no ice.

On new business. We are going to have the VFW order the fish for us for our fish fry. Everyone on the department is to bring a desert. It will be $10 for adults and $5 for kids and the profits are going to the fireworks. We will be setting up at 3 and we will be serving from 5-8 and will be doing a split the pot. Pilger will be hosting a Propane training on March 29th and 30th from 6-10. Pilger will be holding pump training on April 27th ,29th and May 4th. We are going to get rid of our old out dated fire gear. We are still working on the paging system. There will be a mutual aid meeting in Madison on March 30th at 7pm. We need to set up and test the controls for the fireworks. We are getting the ice/water rescue equipment mounted onto the yellow grass rig. We came up with new inspection crews. Amanda Garder wants to join the department. We voted her on just waiting for the city to ok it.

On the inspection report. A control handle on #3 has been replaced and everything else looked good. The new inspection crew for the month will be Al Aaberg, Ron Gadeken, Colby Carley, Michaela Wurdinger and Holly Hoehne.

The bills for the month are $636.72 to Menards for wood for the new boxes on the yellow grass rig. $680 to Bret Burtwistle for the Christmas party. $60 to Johnsons for powder coating the new flat bed for the yellow grass rig. $87.65 to Travis Beel for part for the flat bed. $1,731.37 to Hoskins Mfg. for steel for the flat bed and $52.66 to Emmetts. Joel Putters made a motion to pay the bills. Kiki Reese seconded the motion and the motion passed. We received a $150 donation from the VFW and a $100 donation from Bret Burtwistle.

Tim Stamm made a motion to adjourn the meeting. Al Aaberg seconded the motion and the meeting was adjourned at 8:00 pm.

Respectfully submitted

Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue

## Minutes of the April 20th 2021 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by President Thom McNutt at 7:00 pm on Tuesday April 20th 2021 at the firehall. After the pledge roll call showed that 17 members were present. Secretary Bryce Leuthold read the minutes from the March 16th meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $42,015.41 in the Savings account $25,844.47 in the Checking account and $6,374.65 in the Fireworks account. Ron Gadeken made a motion to accept the minutes and the treasurers report. Al Aaberg seconded the motion and the motion passed.

On old business. The fish fry went good and we made $3,376.98 from it. The mutual aid meeting in Madison was good. The propane training in Pilger went good. They are still working on the paging system. We will be testing the fireworks controllers on April 28th at 6pm at the firehall. This might be the last year for the fire department to put on the fireworks show.

On new business. The air packs have been serviced and the batteries have been replaced. Pilger will be getting a new tanker but not until August so we will probably be helping them when they need tankers. Fire school will be May 21st through the 23rd this year. Jeremy Kerbel will be using the firehall on May 8th. Scott Greve has been inactive since October so we need to send him a letter.

On the inspection report. Everything looked good and the zoll is back on the rescue unit. The new inspection crew for the month will be Bryce Leuthold, Shawn Wiedeman, Artie Reed, Cissy Louthan, Andrea Lauters and Amanda Garder.

The bills for the month are $57.78 to true value $80 to Pitzer Digital for advertising $16.34 to Kellys and $198.33 to Caseys. Jeremy Kerbel made a motion to pay the bills and Kiki Reese seconded it and the motion passed. We received a couple donations and they were $1,000 from Jim and Stephanie Woytcke and $1,000 from Kelchermen.

Kiki Resse made a motion to adjourn the meeting. Kory Krutz seconded the motion and the motion and the meeting was adjourned at 7:50 pm.

Respectfully submitted

Bryce Leuthold, Secretary

# The Stanton Volunteer Fire and Rescue

## Minutes of the May 18th 2021 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by Vice President Jeremy Kerbel at 7:00 pm on Tuesday May 18th 2021 at the firehall. After the pledge roll call showed that 19 members were present. Secretary Bryce Leuthold read the minutes from the April 20th meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $42,015.41 in the Savings account $26,394.41 in the Checking account and $6,374.65 in the Fireworks account. Artie Reed made a motion to accept the minutes and the treasurers report. Holly Hoehne seconded the motion and the motion passed.

On old business. There was no old business.

On new business. We were asked if we would help with the derbies on June 4th and 5th and with the fair on August 6th and 7th. Al Aaberg made a motion that we help. Holly Hoehne seconded the motion and the motion passed. Devin Graae wants to join the department. He works at the Co op and he is on Peirce's department. Kory Krutz sponsored him and we voted him on and waiting on the city to ok it. Shawnette Tomka got some prices on new Zolls for the rescue units. We are planning a house burn for Geal Axton on June 19th or the 26th. We have three fiberglass air packs that are out of date and can not be used anymore. Tim Stamm took the test for the fireworks but we won't know the results for a couple weeks. Scott Greve came in and told us why he hasn't been active for awhile. There will be a mutual aid meeting on May 25th in Meadow grove.

On the inspection report. The battery for the pump on the 6x6 was dead. The shovel on the 1st responder was broke. The heat shield have been taken off. The pump on truck 8 leaks a little and a strobe light on the back of truck 3 is out. The new inspection crew for the month will be Brandon Remm, Scott Greve, Dallas Hinneerichs, Kevin Reese and Lori Webster.

The bills for the month are $79.10 to Caseys and $26.35 to the post office. Tim Stamm made a motion to pay the bills and Joel Putters seconded the motion and the motion passed. We received some donation and they were $200 from Graces closet for fireworks, $20 from Carol and Amy Armbruster and $50 from the Betty Felt memorial.

Artie Reed made a motion to adjourn the meeting. Colleen Butterfield seconded the motion and the meeting was adjourned at 8:25 pm.

Respectfully submitted

Bryce Leuthold, Secretary

## The Stanton Volunteer Fire and Rescue

### Minutes of the June 15th 2021 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by President Thom McNutt at 7:04 pm on Tuesday June 15th 2021 at the firehall. After the pledge roll call showed that 16 members were present. Secretary Bryce Leuthold read the minutes from the May 18th meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $42,015.41 in the Savings account $26,146.03 in the Checking account and $6,574.65 in the Fireworks account. Al Aaberg made a motion to accept the minutes and the treasurers report. Artie Reed seconded the motion and the motion passed.

On old business. Devin Graae and Amanda Garder were approved by the city so they are officially on the department. The derbies that we helped with went good and we need to talk to the fair board about the cars that are running alcohol and the fire extinguishers that we will need for them. Tim Stamm made a motion that we get a new Zolls machine for rescue one. They a around $29,000. Cody Deuel seconded the motion and the motion passed. We will be doing a house burn on Saturday June 19th at 7 am. Tim Stamm passed the fireworks display test.

On new business. We will not be doing fireworks this year do to not being able to get the shells before the 4th. The nursing home asked if we would be able to take a couple trucks down there on July 1st for their family night and to help with their fireworks. We said yeah. The mutual aid meeting on September 25th will be focused on recruiting new members. Yovani Sanchez (Gio) wants to join the department. He was on Woodland parks department and he lives in Stanton now and works in Norfolk. We voted him on just waiting for the city to ok him. Cody Deuel and Lori Webster said they would be his sponsors. The positions of some of the officers are up for renewal and the nominations are Thom McNutt, Travis Beel and Jeremy Kerbel for President. Al Aaberg, Artie Reed and Jeremy Kerbel for Vice President. Lori Webster for Treasurer. Layne Krutz and Amanda Garder for Secretary. Joel Putters and Cody Deuel for Training officers and Holly Hoehne for the Purchaser for Rescue. We have an audit coming up for some kind of federal research program. We are getting closer on getting the memorial bench none for Eddie Myrik.

On the inspection report. The battery on the pump for the 6x6 was dead. And the battery for the pump on the yellow grass rig needed charged. Everything else looked good. The new inspection crew for the month will be Travis Beel, Anton Heckerly, Layne Krutz, Colleen Butterfield and Aubrey Vogel.

The bill for the month was $11.25 to the fire marshal for the fireworks test. Layne Krutz made a motion to pay the bill and Artie Reed seconded the motion and the motion passed. We received some donations and they were $150 from Schwartz farms, $50 from Faith Regional, $25 from Norma Lautinsellger for the Betty felt memorial and another $25 to the June Davidson memorial, $250 from the Summersville Methodist Fellowship, $65 from Garry and Cindy Pirch and $100 from Dirk and Janice Peterson.

Tim Stamm made a motion to adjourn the meeting. Al Aaberg seconded the motion and the meeting was adjourned at 8:00 pm.

Respectfully submitted.                                         Bryce Leuthold—Secretary

July 21

The regular meeting of the Stanton Volunteer Fire and Rescue department was called by President Thom McNutt at 7:03pm on Tuesday July 20th 2021 at the firehall. After the pledge, roll call showed that 22 members were present. Secretary Bryce Leuthold read the minutes from June 15th meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $42,037.34 in the Savings account and $21,575.36 in the checking account and $6,574.65 in the Fireworks account. Al Aaberg made the motion to accept the minutes and the treasures report. Walter Watts second the motion and the motion was passed.

On old business, the nursing home family night went well. On September 25th, we will hold an open house for new recruiting firemen and women. We are still waiting to hear back on the results from the assessment that was done. We did receive a Thank You from the fair boards from helping with the Demo Derby that was taken place in June and discussed about the fire extinguishers.

On new business, the fire board would like for us to help with fair again this year. We are planning on August 21st or August 28th for doing a house burn. The meeting that we had, we voted that Junior Firefighters and people that are on probation can't go into live fires or drive the trucks unless told otherwise. Scott Greve turned in his stuff and he is no longer on the fire department. We voted on new officers that will be holding positions.

Purchasers: Holly Hoehne
Treasurer: Lori Webster
President: Travis Beel
Vice President: Jermey Kerbel
Secretary: Amanda Garder
Training Officers: Joel Putters and Cody Duel

Mutual Aid meeting was held in Norfolk on July 27th. Norfolk Daily News is wanting a picture for Fire Prevention week by August 27th. We will be wearing our grey shirts. Also, Yovani (Gio) Sanchez got approved by the City of Stanton.

On the inspection report, the gas card was missing from truck number three. The new inspection crew for this past month was, Tim Stamm, Cody Duel, Walter Watts, Joel Putters and Kiki Reese.

The bills for the month was zero. We received some donations and they were:
$55 from Tammy Case in honor of Darlene Hrouda
$100 from Jennifer Carly
$50 from Roger or Gladys Ostrander
$250 from Wilke Farms
$100 from Feller And Company for Betty Felt Memorial
$500 from Stanton County Fair Board
$10 from Faye Schellpeper for Betty Felt Memorial
$200 from Stanton Ribfest
$20 from Darlene Hrouda
$75 from Stanton L Hrouda for Darlene Hrouda memorial
$25 from J. Veron Davidson for Darlene Hrouda memorial
$10 from Mary Konerza
$270 from Tammy Case for Darlene Hrouda memorial
$20 from Shirley Hamernik for Darlene Hrouda memorial
$20 from Karen Doffin for Darlene Hrouda memorial

Ron Gadeken made a motion to adjourn the meeting. Jeremy Kerbel seconded the motion and the meeting was adjourned at 7:49 pm.

## Fire Minutes from August 17th, 2021 Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was call by Treasurer Lori Webster at 7:00pm on Tuesday August 17th, 2021 at the firehall. After the pledge, roll call showed that 13 members were present. Secretary Amanda Garder read the minutes from July 20th meeting and Treasurer Lori Webster gave the treasurers report that showed a balance of $42,037.34 in savings and $23,174.36 in the checking account, and $6574.65 in the fireworks account. Joel Putters made an motion to accept the minutes and the treasures report. Al Aaberg second the motion and the motion was passed.

Old Business, there was a house burn on August 21st, 2021 and that went good. We will be doing the annual pressure test/training with the fire hoses on September 15th, 2021. On, September 22,2021 we will be cleaning up the firehouse at 6pm for the open house on September 25th, 2021 which will be from 9am-12pm.

New Business, the fire department has decided to order and get new polos for everyone to have and wear when needed. The polos are what the EMT wear and they will be black and red. Tim Stamm made a motion to approve it and Al Aaberg second that motion. We decided to buy a whole new trampoline for the family that got a few holes in theirs when we did a house burn next door. Pierce wants to know if our fire department would be interested in doing a water and rescue training with their airboat. We aren't sure when this will be going on since they haven't gave us a date.

Inspection Report, the First Responder didn't have the regen generator to pulled up manually. Otherwise, everything else looked good. The new inspection crew for this past month was, Kory Krutz, Thom McNutt, Jeremy Kerbel, Shawnette Tomka, and Lori Webster.

## Fire Minutes from September 21st, 2021 Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called by President Travis Beel at 7:02pm on Tuesday September 21,2021 at the firehall. After the pledge, roll call showed that 18 members were present. Secretary Amanda Garder read the minutes from August 17th, 2021 meeting and Treasurer Lori Webster gave the treasurer report showed a balance of $24,124.53 in checking, $42,037.34 in the Savings, $6,557.00 in the Fireworks account and $737.48 in the memorial account. Artie Reed made the motion to accept the minutes and the treasures report. Kiki Reese second the motion and the motion was passed.

As for the old business, as a department we didn't have any old business to be discussed.

New business, the fire department decided to order and get new polos for the department. The cost of the new polos will be $45.00 per-person. We decide that we will not have our names on the polos. Also, we will order a few extras in sizes so any new member that joins the department will be given a shirt as well. Lori Webster wanted to know if anyone on the department was interested in doing decals for our vehicles. The person who is doing the polos can also make the decals. On Tuesday October 19th, 2021 the Rural Broad will be providing our meal. On October 3rd, 2021 we held our annual Pancake Feed. We had a wonderful turnout. Bunker gear has been ordered for the three new members on the department and getting the gears back is 17 weeks out. We did receive a new Auger from the Stanton High School FFA organization. As a department we motion to accept Cissy Louthan her recognition. Chief Kory Krutz made a motion to accept her recognition. Bryce Leuthold made the first motion and Al Aaberg second that motion.

Inspection Report, the spilts on the ambulances are good to go and everything else was good. The new inspection crew for this past month was; Al Aaberg, Ron Gadeken; Colby Carly; Michaela Wurdinger and Holly Hoehne.

As for Bills, $103 too Alert A; $5.00 to Pizze D and G. We did receive donations from the FFA organization and that was $3,000 and from the Stanton Library for $500.00.

Motion to Adjourn the meeting at 7:50pm was made by Al Aaberg and Bryce Leuthold second that motion.

## Fire Minutes from October 19th, 2021 Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called by President Travis Beel at 7:02pm on Tuesday, October 19th, 2021 at the firehall. After the pledge roll call showed that 17 members were present. Secretary Amanda Garder read the minutes from the September 21st, 2021 meeting. Treasurer, Lori Webster gave the treasure report, the account for Jaws showed a balance of $1599.13, the checking account showed a balance of $30,396.20, the savings account showed a balance of $42,058.42, the fireworks account showed a balance of $6,579.49 and the memorial account showed a balance of $737.76. Al Aaberg made a motion accepting the minutes and the treasures report and Bryce Leuthold second that motion and the motion was passed.

As for old business, the department had such a wonderful turnout for the Pancake feed. We made a total of $4,051.89, after the expenses. We had a total of 299 people attend the pancake feed. Several communities mentioned that the omalets were delicious and were a huge success. We want to say, thank you to everyone who helped us make the Pancake Feed a successful event for us.

As for new business, The Nebraska Rural Board is assisting the department with the insurance of the vehicles, equipment, and everything else that is located in firehall. We discussed how members of the community had their concerns about some of the members of the fire department. Mike Frohberg attended the October 19th, 2021 meeting. He mentioned to us that he would like to join our department as an EMT. As a group we voted him on to the department and that vote was passed. We are now waiting for him to get approved by the City of Stanton. Andrea Lauters will sponsor him during his six month trial period.

The inspection report showed that everything was good to go.

As for the bills, Pitzer Digital is $100.89 and Casey's for $93.26. Joel Putters made the motion to may for the bills and Bryce Leuthold second that motion and the motion was passed to bay for the bills.

Tim Stamm made a motion to adjourn the meeting at 8:15pm and Joel Putters second that motion.

Secretary: Amanda Garder

## Stanton Fire and Rescue Mintues from November 16th, 2021 Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 6:57pm on November 16th, 2021 at the firehall. After the pledge roll call showed that we had a total of 19 members present. Secretary Amanda Garder read the minutes from the October 19th, 2021 meeting. Treasurer Lori Webster gave the treasure report, the account for Jaws showed a balance of $1,559.13, the checking account showed a balance of $30,009.82, the savings account showed a balance of $42,058.42, the fireworks account showed a balance of $6,579.49 and the memorial account showed a balance of $737.76. Al Aaberg made a motion to accept the minutes and the treasures report and Jeremy Kerbel second that motion. The motion was then passed.

As for old business, Tim Stamm mentioned that we need to discuss as an organization on displaying fireworks in July of 2022. This will be discussed as the time gets closer.

On to new business, the Pilger Volunteer Fire Department is hosting a TMT course that will cover traffic control when accidents occur. If more than 60% of our department shows up, we could receive over $700 worth of supplies for the department to use. President Kory Krutz, will send out a reminder on Thursday to see who wants to go. Kory would like for us to let him know by Friday at noon. Ron Gadeken mentioned that someone in the community of Stanton would like for us to help out a gentleman burn 40 acres of land that has been windrowed. The burn took place November 22, 2021 at 11:30pm. Mike Fhorbeg mentioned that several grants are available for the Fire and Rescue. Mike also did mention that December 7th-10th, there is a convention in Kearney, Nebraska for the American Rescue Plan and one of things that will be discussed is the powerlift system for the rescue units. President Kory Krutz did receive two recognition letters from our fellow members, Colby Carley and Holly Hohne. Our condolences goes to these fellow members of ours and will be missed dearly. Winside Fire Department is hosting the next mutual aid meeting on November 30th, 2021 at 6:30pm. President Kory Krutz made a motion to have Shawnette Tomka be our new supply manager. Tim Stamm accepted the first motion and Kory Krutz second that motion. That motion was passed and we are pleased to have Shawnette as our new supply manager.

The inspection report showed that everything was good, a few batteries did get replaced in some flashlights on the vehicles. Inspection Crew for this month will be; Brandon Remm, Dallas Hinnerichs, Devin Graae, Collen Butterflied and Andrea Lauters.

## The Stanton Fire and Rescue Minutes from December 21st.2021 Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm on December 21st, 2021 at the firehall. After the pledge roll call showed 13 members were present. Secretary Amanda Garder read the minutes from the November 16th,2021 meeting. Treasurer Lori Webster gave the treasure report, the account for Jaws showed a balance of $1,599.13, the checking account showed a balance of $29,695.96, the saving account showed a balance of $42,058.42, the fireworks account showed a balance of $6,579.40, and the memorial account showed a balance of $737.76. Jeremy Kerbel-made a motion to accept the minutes and the treasures report and Bryce Leuthold second that motion. The motion was passed.

As for old business, we assisted a control burn of 40 acres and went very well. The Stanton Fire and Rescue department did receive a donation for assisting with the burn.

On to new business, the Stanton Fire and Rescue Department will be having our annual Christmas party on February 26th, 2022 at the Stanton County Community Hall. We asked Brett Burtwistil to cater the meal. On another note, we discussed the power lift system for both of the ambulances.

The inspection report showed that everything was good and that all of the equipment was filled up. Inspection crew for this past month was: Travis Beel, Anton Heckerly, Layne Krutz, Lori Webster and Shawnette Tomka.

As for bills, we had zero.

Kiki Reese made a motion to pay the bills and to adjourn the meeting and Bryce Leuthold seconded that motion. The meeting was adjourned at 7:42pm.

Secretary: Amanda Garder



**EXHIBIT**

## The Stanton Fire and Rescue Meeting Minutes of January 18th, 2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm on January 18th, 2022 at the firehall. After the pledge, roll call showed 15 members were present. Secretary Amanda Garder read the minutes from the December 21st, 2021 meeting. Treasurer Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,599.03, the Checking account showed a balance of $29,987.24, the Savings account showed a balance of $42,069.02, the Fireworks account showed a balance of $6,581.98 and the Memorial account showed a balance of $738.04. Joel Putters made a motion to accept the minutes and the treasures report and Jeremy Kerbel second that motion and the motion was passed.

As for old business, the Stanton Fire and Rescue Department will be having their annual Christmas party on February 26th, 2022 at the Stanton County Community Hall at the Fairgrounds. Brett Burtwistil is catering the meal. The fire and rescue department is planning on 60-70 people attending the Christmas Party. As a group, we decided that social hour will be at 5:00pm and dinner will be served at 6:00pm.

On to new business, Lori Webster mentioned that we should send a reminder to the local newspaper about our monthly meetings. President Kory Krutz believed that was a good idea. June 3rd-4th, Stanton County will be hosting the 2nd Annual Border Wars. As a department, we are looking for volunteers to be geared up in uniform to assist with the derby. We mentioned that possible training will be done for alcohol fuel. Our annual Fish Fry will be happening on Good Friday (April 15th), the VFW is wanting to know how much fish to order. Jessica Melcher from the ~~Mountain Bike Race~~ trail markers

7. Austin or Judith Funk- $100.00

Jeremy Kerbel made a motion to pay the bills and to adjourn the meeting, and Al Aaberg second that motion and the motion was passed. The meeting ended at 8:00pm.

Secretary: Amanda Garder

## The Stanton Fire and Rescue Meeting Minutes of February 15th, 2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7:02pm on February 15th, 2022 at the firehall. After the pledge, roll call showed 21 members were present. Secretary Amanda Garder read the minutes from the January 18th, 2022 meeting. Treasure Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,599.03, the Checking account showed a balance of $32,867.24, the Savings account showed a balance of $42,069.02, the Fireworks account showed a balance of $6,581.98 and the Memorial account showed a balance of $738.04. Tim Stamm made a motion to accept the minutes and the treasures report and Bryce Leuthold second the motion and the motion was passed

As for the Stanton Fire and Rescue Department, we have zero old business to be discussed at this time.

For the month of February, the department does have new business to be discussed. Tim Stamm mentioned that the Stanton VFW acquired 600lbs of fish for the annual Stanton Fire and Rescue Department, fish fry. The Annual fish fry will be on April 15, 2022. President Kory Krutz, is in search of fish fries to be used at the fish fry. Tim Stamm stated that there is no new business on fireworks. President Kory, stated the Battle Creek Fire and Rescue Department will be hosting a statewide conference. A motion was made for a page of advertisement. Al Aaberg made a motion to pay for the page of advertisement and Lori Webster second that motion. The Hadar Fire and Rescue department will be hosting a Run Review for the EMTs. Jeff or Lisa Yosten from Faith Regional Hospital Emergency Department will be attending, along with other individuals from the state. They will be discussing how the EMT hours to be lesser. The Run Review will be happening on March 16th,2022 at 7pm. President Kory Krutz, did receive a recognition letter from Michaela Wurdinger who was a member of our department. Our condolences go to her and she will be missed. Kory also mentioned about the letters that were sent to a few of the members. As a department, we are wanting more involvement from the members. We understand that family comes first, we just don't want others to feel burned out and to spread the load.. Mike Fhroberg mentioned the Power lift systems in the ambulances. Mike discussed that the County Commissioners will discuss where the money goes and what is important to our department.

Inspection Report was given and minor things were fixed. Anton Heckerly got truck number three air line fixed. Tim Stamm mentioned that truck number eight gages

don't work in the truck. The new inspection crew for this month will be Kory Krutz, Thom McNutt, Jeremy Kerbel Shawnett Tomka and Lori Webster.

Bills for this past month were, for Peterbilt $42.66, K's Marketplace $96.81 and TrueVaule for $19.47. The Stanton Fire and Rescue Department did receive $600 in donations, in memory of Deb Timmperly. Al Aaberg and Ron Gadeken made a motion to pay the bills and to adjourn the meeting and Joel Putters and Jeremy Kerbel second the motion. The motion was passed and the meeting ended at 8pm.

Secretary: Amanda Garder

Stanton Volunteer Fire and Rescue Meeting Minutes of March 15th Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Vice President Jemery Kerbel at 7:00pm on March 15th, 2022 at the firehall. After the pledge, roll showed 18 members were present. Secretary Amanda Garder read the minutes from the February 15th, 2022 meeting. Treasurer Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,599.03, the Checking account showed a balance of $32,197.30, the Savings account showed a balance of $42,069.02, the Fireworks account showed a balance of $6,58.98 and the Memorial account showed a balance of $738.04. Joel Putters made a motion to accept the minutes and the treasures report and Al Aaberg second the motion and the motion was passed.

As for some old business, Tim Stamm mentioned that he would like for a few members to help break 680lbs of fish apart, to put in tin containers due to the fish having to thaw out. As an organization we all agreed that $10.00 per plate at the Fish Fry that Shawnette Tomka will be taking care of the flyers as well.

Going on to new business,President Kory Krutz mentioned that he is looking for two volunteers to take the president and secretary position to attend the mutual aid meetings. As an organization, we will be discussing this at the next meeting. We also did have a visitor who attended our meeting, which was James Hestler who is running for Stanton County deputy sheriff. Lori Webster mentioned that she did attend the Run Review that was hosted at the Hadar Volunteer Fire and Rescue Department. She learned a lot and came back with good information that was shared with us. Shawnette

Tomka mentioned about the cot batteries and about the information she got from the companies that we may be using.

Inspection Report was given and Kory Krutz mentioned that he did receive new gauges for truck number eight and then will be put in as soon as possible. The new inspection crew for this month will be: Aa Aberg, Ron Gadeken, Paul Anderson, Colleen Butterfield and Aubrey Vogel.

Bills for this past month were to K's Marketplace for $98.90 for supper. We did receive more donations for the Deb Timperley Memorial. Colleen Butterfiled made a motion to pay the bills and to adjourn the meeting and Tim Stramn second the motion and the motion was passed and the meeting ended at 7:51pm.


Secretary: Amanda Garder

## Stanton Volunteer Fire and Rescue Meeting Minutes of April 19th, 2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7 o'clock pm on April 19th, 2022 at the firehall. After the pledge, roll call showed 19 members were present. Secretary Amanda Garder read the minutes from the March 15th, 2022 meeting. Treasurer Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,600.32, the Checking account showed a balance of $31,727.17, the Savings account showed a balance of $42,069.02, the Fireworks account showed a balance of $6,734.43 and the Memorial account showed a balance of $738.31. Al Aaberg made a motion to accept the minutes and the treasures report and Bryce Leuthold second the motion and the motion was passed.

As for old business, Chief Kory Krutz, would like two volunteers to be president and secretary for the mutual aid meetings, which will be a total of six meetings to attend. We also had two ladies from the community come and spoke to us about an event that will be happening on May 21st. The event is called "Blast in The Summer Events", the ladies mentioned having a firetruck and ambulance at this event. Also, we had a wonderful turnout on the fish fry, we had about 350 that went through the line. Thank you to everyone in the department for helping out.

As for new business, Tim Stram mentioned that he is still waiting to hear back on the fireworks. We also discussed cot batteries, due to use needing two new ones. The cost for one of the batteries is $400.00. The company is called Insticker, and has a service contract of $1,340.00 per year, which includes making sure the cot is in good use, making sure things are up to date and for us to receive the batteries. As a group,

we would like to bring this up to the city council meeting for a new service for new cot batteries. Tim Stram made a motion and Thom McNutt second that motion and the motion was passed.

As for the inspection report, everything was good! All the vehicles got run and the equipment was in good condition too. Inspection Crew for this coming month is: Bryce Leuthold, Amanda Garder, Shawn Wiedeman, Artie Reed, Andrea Lauters, and Joel Putters.

Bills for this past month were to the VFW for $439.73 and we had a donation from Lorena Bernbeck for a rescue call.

Andrea Lauters made a motion to adjourn the meeting and Joel Putters second that motion, and we adjourned the meeting at 7:50pm.


Secretary: Amanda Garder

## Stanton Volunteer Fire and Rescue Meeting Minutes of May 17th, 2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm on May 17th, 2022 at the firehall. After the pledge, roll call showed 15 members were present. Secretary Amanda Garder read the minutes from the April 19th, 2022 meeting. Treasurer Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,600.32, the Checking account showed a balance of $31,105.54, the Savings account showed a balance of $42,069.02, the Fireworks account showed a balance of $13,139.43 and the Memorial account showed a balance of $738.31. Jeremy Kerbel made a motion to accept re and the treasures report and Layne Krutz second the motion and the motion was passed.

As for old business, Chief Kory Krutz heard back from the city council meeting for being in a contract with Instricker for new cot batteries. The city council approved the new contract with Instricker and they will be covering the cost. As a group, we decided that Anton Heckerly and Al Aaberg will be president of the mutual aid meetings and Bryce Leuthold and Amanda will be secretary. Mutual Aid meetings will be held every 4th Tuesday of every other month, in different towns, and the 4th Tuesday as well.

As for new business, Chief Kory Krutz is looking for volunteers for Borders Wars June 3rd and 4th, to work the dirt mound and to help rescue if needed. We did have a community member, Kelsey Kander, attend our meeting, she is wanting to join the department while she is working on getting her EMT. Colleen Butterfield made a motion to have Kelsey Kander join the department and Tim Stamm second that motion and the motion was passed. Chief Kory Krutz, would like to have an air pack training night, for

new members to have a refresher for the other members. Kory will send out a group message, to let us know when this will be happening.

As for the inspection report, Bryce Leuthold saw several things that needed to get fixed and replaced. Truck number eight gages are still out but are waiting to get installed. First Responder fuel filter is back to being 43%. Truck number one and the four by four is needing a new gas jug. Truck number two is needing a new sledge hammer. The four by four is needing a female adapter for the hose. Inspection crew for this coming month will be; Brandon Remm, Dallas Hinnerichs, Kevin Reese, Lori Webster and Shawnette Tomka.

Bills for this past month were to Pitzer Digital for $12.57. Colleen Butterfiled made a motion to pay the bill and Jeremy Kerbel second that motion and the motion was passed.

Al Aaberg made a motion to adjourn the meeting and Layne Krutz seconded that motion, and the motion was passed. The meeting was adjourned at 7:47pm.


Secretary: Amanda Garder

## Stanton Volunteer Fire and Rescue Minutes of June 21st, 2022 Meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm on June 21st, 2022 at the firehall. After the pledge, roll call showed 17 members were present. Secretary Amanda Garder read the minutes from the May 17th,2022 meeting. Treasurer Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,600.32, the Checking account showed a balance of $30,220.12, the Saving account showed a balance of $42,069.02, the Fireworks account showed a balance of $13,139.43, and the Memorial account showed a balance of $738.31. President Travis Beel made a motion to approve the secretary's report, Layne Krutz made first and Jeremey Kerbel second that motion. The motion was passed. President Travis Beel made another motion to accept the treasurer's report, Al Aaberg made first of the motion and Ron Gadeken second that motion and the motion was passed.

As for old business, we decided as a group that the inspection crew for the month should attend the mutual aid meetings that are every other month in different towns. The Stanton Health Center, would like the department to shoot off their fireworks for them on June 30th, 2022. A text message reminder will be sent out and hopefully a few guys can show up. Treasurer Lori Webster, mentioned that the Fish Fry brought in $3,602.96, with 355 people attending and had 100 people go through the line before 5pm!

As for new business, July 4th,2022 we will be firing off fireworks for the community. Assistant Chief, Tim Stram will be going down to Missouri to get the

fireworks then delivering them to Pierce. On July 3rd, Tim mentioned that he will need help loading them from Pierce, along with unloading them back at the firehall and organizing them. On the day of, Tim will need assistants when it comes to wiring the fireworks along with taking them down to the fairgrounds. Kory or Tim will be sending out a text message to remind everyone. Chief Kory Krutz, mentioned that he attended a meeting in Pierce about a Sticker group that specializes in training for the department. The training will go over hazmat, water rescue, grass fire, etc. He would like for us to have this training as for new/old members to know how to do things. The training would cost around $2,000 a year and that's $75.00 per person. Kory mentioned that we could have training once a month on a Thursday night. He also discussed  having a code system with other departments to discuss what type of equipment is needed for certain calls such as a rural or town structure, etc. Kory also mentioned that the black pagers will not be working after September 21st, 2022. He said that Cody Duel resigned from the department, and our condolence goes to Cody. Chief Kory made a motion to vote Kevin Reese off the department. The motion was passed and Kevin is no longer a part of the department. Also, Korbin Voecks would like to join the department, a motion was made and passed to have Korbin join the team. Anton Heckerly will sponsor Korbin as well.

As for the inspection report, everything was good! Inspection Crew for the month was Travis Beel, Anton Heckerly, Layne Krutz, Korbin Voecks, Kiki Reese and Joel Putters.

Bills for this past month were to Pitzer Digital for $111.11 and $7.36, and to K's Marketplace for $687.85. Jeremy Kerbel made a motion to pay the bills and Ron Gadeken second that motion and the motion was passed.

Jeremy Kerbel made a motion to adjourn the meeting and Al Aaberg second that motion and the motion was passed. The meeting was adjourned at 7:50pm.


Secretary: Amanda Garder

## The Stanton Volunteer Fire and Rescue Meeting Minutes of July 19th,2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm on July 19th, 2022 at the firehall. After the pledge, roll call showed 17 members were present. Secretary Amanda Garder read the minutes from the June 21st, 2022 meeting. Treasurer Lori Webster gave the treasure report, the account for Jaws showed a balance of $1,600.92. The Checking account showed a balance of $19,250.39. The Savings account showed a balance of $42,089.88. The Memorial Marker showed a balance of $738.59. The Fireworks account is zero. President Travis Beel made a motion to approve the secretary's report, Layne Krutz made the first motion and Jeremey Kerbel second that motion and the motion was passed. President Travis made another motion to approve the treasurer's report, Al Aberg made the first motion and Layne Krutz second that motion and the motion was passed.

As for old business, treasurer Lori Webster discussed the fireworks expenses. The firework account had a balance of $16969.37 from the year 2021 and with the current year. The firework balance showed a balance of $13,543.85, that was used for this year's display. As of right now that account is negative of $3,425.55, that will go into the checking account. President Kory Krutz discusses the Task Force Meeting that he attended. He mentioned that when our department makes a mutual aid call, he would like for us to get on the group chat and check to see who is still in town and be able to attend other calls, if need be.

As for new business, truck number eight is ready to be picked up in Sioux Falls. The Mountain Bike Association would like an EMT on hand at the Muskatine Lake from

8:30-2:30pm on September 25th, 2022. President Kory Krutz mentioned that we are behind on our training as a group. Also, there was talk about bringing back Stainfen for those who would get paid to go to calls when they are at their jobs. Tom Schelleper from the fairboard requested us to assist with the derby on August 5th and August 6th. Pilger volunteered to assist on Friday night, along with us assisting both nights for rescue and fire.

As for the inspection report, everything was good! All the vehicles got washed, filled up with fuel and drove. Truck number eight was out of service until Bryce Leuthold and Amanda Garder went up to Sioux Falls to bring the truck back. The inspection crew for the month was Tim Stamm, Devin Graae, Yonani (Gio) Sanchez, Colleen Butterfield and Aubrey Vogel.

Bills for this past month were to Pitzer Digital for $7.36 and for True Value for $30.56. Al Aberg made a motion to pay the bills and Bryce Leuthold seconded the motion and the motion was passed.

Korbin Voecks made a motion to adjourn the meeting and Jeremey Kerbel seconded that motion and the motion was passed. The meeting was adjourned at 8:07pm.


Secretary: Amanda Garder

<u>The Stanton Volunteer Fire and Rescue Meeting Minutes from August 16th, 2022</u>

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm on August 16th, 2022. After the pledge, roll call showed 18 members were present. Secretary Amanda Garder read the minutes from the July 19,2022 meeting. Treasurer Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,600.92, the Checking around showed a balance of $18,649.11, the Savings account showed a balance of $42,089.88, the Memorial Marker account showed a balance of $738.59. President Travis Beel made a motion to approve the secretary's report, Artie Reed made the first motion and Jeremey Kerbel second that motion and the motion was passed. President Travis Beel made another motion to approve the treasurer's report, Al Aaberg made the first motion and Paul Anderson second that motion and the motion was passed.

As for old business, Hoskins and Pilger fire and rescue department is excited to help us for Border Wars next year. The city council decided not to bring back the Stefin.

As for new business, Chief Kory Krutz mentioned that the air packs have gotten checked and they all passed. Kory Krutz also mentioned that Dallas Hinnerichs is retraining from the department, our condolences go to him. Kory also did mention that he would like the EMT's to get basic vital signs from everyone that is in the department. Tim Stramm would like to recognize Andrea's Lauters due to the fact that she did a wonderful job on a rescue call that was on August 15th, 2022.

As for the inspection report, truck number eight is still leaking pressure and that the ABS light came on as well. The large air tank on the first responder needs to be filled.

Bills for this past month were to the Nebraska State Volunteer Firefighters Association for $620.00 and to K's Marketplace for $93.74. Chief Kory Krutz made a motion to pay the bills, Layne Krutz accepted the first motion and Jeremey Kerbel second that motion and the motion was passed. The department did receive a donation from the Methodist Church in Stanton, that will go towards a piece of equipment. We did receive another donation from The Stanton Ribfest, as a thank you, for letting them borrow the firehall.

Colleen Butterflied made a motion to adjourn the meeting and Jeremey Kerbel second that motion and the motion was passed. The meeting was adjourned at 7:50pm.

Secretary: Amanda Garder

<u>The Stanton Volunteer Fire and Rescue Meeting Minutes from September 20th, 2022</u>

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm, on September 20th, 2022. After the pledge, roll call showed 16 members were present. Secretary Amanda Garder read the minutes from the August 16th, 2022 meeting. Treasurer Lori Webster gave the treasure report, the account for Jaws showed a balance of $1,600.92, the Checking account showed a balance of $32,613.95, the Saving account showed a balance of $42,089.88 and the Memorial Marker showed a balance of $738.59. President Travis Beel made a motion to approve the secretary's report, Jeremey Kerbel made the first motion and Paul Anderson seconded that motion and motion was passed. President Travis Beel made another motion to approve the treasurer's report, Andrea Lauters made the first motion and Ron Gadeken second that motion and the motion was passed.

As for old business, Lori Webster mentions that Kelesy Kander is taking the EMT class and that her tuition and books will be paid by the rescue funds.

As for new business, President Mike Frohberg and Devin Graae both gave their recognition letter. Our condolences go to Mike and Devin. Members from the Stanton Methodist Church attended the meeting. Our department both fire and rescue, received a donation that will go towards equipment that we may need. On September 27th, 2022, there will be a mutual aid meeting at 7pm, in Hoskins. On October 16th, 2022 is our annual pancake feed. Anyone who is helping, is expected to be down at the station at 5am-2pm. We are going to start serving at 7am-1pm.

As for the inspection report, everything was good. A few items that were broken got replaced. Inspection crew from this month is; Al Aaberg, Ron Gadeken, Paul Anderson, Colleen Butterfield and Kelsey Kander.

The bills for this past month were too K's marketplace for $24.66. Chief Kory Krutz, made a motion to pay the bills. Kiki Reese made the first motion and Anton Hekrdle seconded the motion and the motion was passed.

Colleen Butterflied made a motion to adjourn the meeting and Bryce Leuthold seconded that motion and the motion was passed. The meeting was adjourned at 7:40pm.

Secretary: Amanda Garder

## The Stanton Volunteer Fire and Rescue Meeting Minutes from October 18th, 2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by President Travis Beel at 7pm, on October 18th, 2022. After the pledge, roll called showed 15 members were present. Secretary Amanda Garder read the minutes from September 20th, 2022 meeting. Treasurer Lori Webster gave the treasure report, the account for Jaws showed a balance of $1,602.13, the Checking account showed a balance of $32,452.99, the Savings account showed a balance of $56,600.20, and the Memorial Marker showed a balance of $739.15. President Travis Beel made a motion to approve the secretary's report, Jeremey Kerbel made the first motion and Bryce Leuthold seconded that motion and the motion was passed. President Travis Beel made another motion to approve the treasurer's report, Al Aaberg made the first motion and Layne Krutz second that motion, and the motion was passed.

As for old business, our annual pancake feed was held on October 16th, from 7am-1pm. We had around 273 people gone through the line. As of right now the department brought in a total of $2,667.00 without expenses. A generous people donated the spilt the pot back to us. Thanks to those who have donated their time and energy, along with the food!

As for new business, Pilger's department was planning on having a Evoke training (aka the driving course) from 7pm-9pm on October 24th, 25th, 26th, and 27th. The Evoke training was canceled and hasn't been rescheduled. Sandy Ackison will be coming through Stanton in January, too have training for the airway. Jeremy Kerbel did mention about having an air pack training sometime soon. Chief Kory Kurtz mentioned that fire trucks should be filled back up with water and too have the gas tanks full. A lady for the city hall will be writing us a grant for a new ambulance and for $50,000.00 for new equipment. Mutual aid is on November 29th, 2022 here at the station. As a department, we are thinking on having the Rural Electric Administration, to give a presentation.

As for the inspection report, everything was good and all the vehicles were ran. Inspection crew for this month was; Amanda Garder, Bryce Leuthold, Shawn Weideman, Andrea Lauters and Kelsey Kander.

The bills for this past month were too K's Marketplace for $90.23; Dollar General and Sam's Club for $172.17.

Andrea Lauters made a motion to adjourn the meeting and Layne Krutz seconded that motion and the motion was passed. The meeting was adjourned at 7:53pm.

Secretary: Amanda Garder

`The Stanton Volunteer Fire and Rescue Meeting Minutes from November 22,2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Jeremey Kerbel at 7pm, on November 22nd, 2022. After the pledge roll call showed 11 members were present. Secretary Amanda Garder read the minutes from the October 18th, 2022 meeting. Treasurer Lori Webster gave the treasure report, the account for Jaws showed a balance of $1,602.13, the Checking account showed a balance of $36,337.60, the Savings account showed a balance of $56,600.20, and the Memorial Marker showed a balance of $739.15. Jeremey Kerbel made a motion to approve the secretary and treasurer report, Layne Krutz made the first motion and Bryce Leuthold seconded that motion and the motion was passed.

As for old business, 273 people attended the pancake feed, at the door $5,938.00 was collected. Pat Larson won the split the pot, which he decided to donate $150.00, back to the department. Together, $6,088.00, was the grand total without expenses being taken out. Total expenses for having the Pancake Feed was $1,094.27. From the grand total and the expenses being taken out, the department brought in $4,993.73!! Way to go team!

As for new business, Chief Kory Krutz is going to be calling around to different suppliers to see what kind of ambulance the department can get. Mutual aid was supposed to be held on November 29th, 2022 at 7pm, in Stanton. With the inconvenience of the weather, the meeting got canceled. Chief Kory Krutz, would like for the EMTs to get vital signs on everyone in the department to have a basic number to go off of. Chief Kory Krutz and Assistant Chief, Tim Stamm, would like for us firefighters who attend a mutual aid call and for our own call, would like for us to stay the whole time. They also mentioned that if someone gets hurt during that call, make sure you take them to the nearest EMT, to make sure that you check in at the scene and check out when leaving the scene, and to make sure you wear the appropriate safety gear as needed. Paul Poeschel would like to join the department. All 11 members who attended this

meeting voted on having Paul join the department, and the vote did pass. Chief Kory Krutz, will sponsor him.

As for the inspection report, the two back doors on the first responder got put on, a few flashlights got replaced, and the light beam on one of the trucks is out. Inspection crew for this past month was; Brandon Remm, Artie Reed, Layne Krutz, Lori Webster and Shawnette Tomka.

Bills for this past month were to TrueVaule for $42.99, Pitzer Digital for $106.46, and K's Marketplace for $351.55. The department received several donations this past month.

Al Aaberg made a motion to adjourn the meeting and Kelsey Kander seconded the motion and the motion was passed. The meeting was adjourned at 7:30pm.


Secretary: Amanda Garder

The Stanton Volunteer Fire and Rescue Meeting Minutes from December 20th, 2022

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Travis Beel at 7pm, on December 20th, 2022. After the pledge roll call showed that 11 members were present. Secretary Amanda Garder read the minutes from the November 22nd, 2022 meeting. Treasurer Lori Webster gave the treasurer report, the account for Jaws showed a balance of $1,602.13, the Checking account showed a balance of $37,127.98, the Savings account showed a balance of $56,600.20, and the Memorial Maker showed a balance of $739.15. President Travis Beel made a motion to approve the secretary report, Layne Krutz made the first motion and Bryce Leuthold seconded the motion and the motion was passed. Another motion was done for the treasurer report, Kiki Reese made the first motion and Kelsey Kander seconded that motion and the motion was passed.

As for old business, the department didn't have any.

As for new business, Lori Webster took cookie trays to the Norfolk Fire Rescue Department for helping the department out when needed. The Stanton County fairboard is redoing the area where the Bell Truck. The city wants to know what we would like to do or to see what they should do with the truck. On February 19th, the department decided to have an Appreciation Supper at the community building. On April 7th, 2023, the department will be hosting our annual Fish Fry. As a group, we decided to get 600 lbs of fish through the Lou's. Chief Kory Krutz made a motion to give assistant Tim Stramm a check to pay the VFW for the fish. Kevin Armbruster would like to join the department as a firefighter and be a paramedic. Chief Kory Krutz made a motion to have Kevin join the department. Travis Beel made the first motion and Bryce Leuthold

seconded that motion, and the motion was passed. Artie Reed mentioned that he got 6 pairs of spikes to go on the bottom of your shoes when walking on slippery conditions.

As for the inspection report, all the trucks got filled up with winter fuel. Anton Hekrdle made a fitting to blow water out of all the lines on the first responder. He mentioned not to open any valves or turn the pump on til on scene in freezing temps. The red ambulance chip got fixed and the white ambulance got a new windshield. The inspection crew is Travis Beel, Anton Hekrdle, Korbin Voecks, Kiki Reese and Colleen Butterflied.

Bills for this past month were to Pitzer Digital for $88.00 as for the advertisement for the newspaper.

Kiki Reese made a motion to adjourn the meeting and Layne Krutz seconded that motion and the motion was passed. The meeting was adjourned at 7:52pm.

Secretary: Amanda Garder



## The Stanton Volunteer Fire and Rescue Department Minutes May 16th, 2023

The regular meeting of The Stanton VolunteerFire and Rescue department was called by Jeremy Kerbel at 7pm on May 16th, 2023. After the pledge, roll call showed that 14 members were present. Secretary Amanda Garder read the minutes from the April 28th,2023 meeting. Treasure Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,607.51, the account for Checking showed a balance of $41,898.40, the Savings account showed $56,756.26, and the Memorial Marker showed $741.63. Jeremy Kerbel made a motion to approve the secretary's report, Layne Krutz made the first motion and Bryce Leuthold made the second motion and the motion passed. Another motion was made to approve the treasurer's report, Al Aaberg made the first motion and Bryce Leuthold seconded that motion and the motion passed.

As for old business, Shawnette Tomka mentioned two new batteries for the cots. She is waiting to hear from The Sticker Company about signing a contract with them for the batteries. A powerload and a powerload cot to purchase an adapter that can be put in the ambulance that the department has now and to be put in the new one. Anton Hekrdle talked to NAPA to see how much a heavy duty tow rope would cost. The pierce for a tow rope $500 for each one. A motion was made by Kory Krutz to purchase two new tow ropes for the department. Tim Stamm made the first motion and Ron Gadeken seconded that motion to purchase two new tow ropes. Summer In The Blast, is happening on May 20th, 2023 that was hosted by the library. Lori Webster and Kelsey volunteered to help out, just looking for someone to help out with the firetruck.

July 23

## The Stanton Volunteer Fire and Rescue Department Minutes of July 18th, 2023

The regular meeting of the Stanton Volunteer Fire and Rescue department was called by Travis Beel at 7:03 pm on July 18th, 2023. After the pledge, roll call showed 15 members were present. Secretary Amanda Garder read the minutes from June 20th, 2023, meeting. Treasure Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,610.62, the account for Checking showed a balance of $39,623.50, the Savings account showed a balance of $56,862.39, and the account for Memorial Marker showed a balance of $740.02. A motion was made to approve the secretary's report, Al Aaberg made the first motion and Kelcey Kander seconded that motion and the motion did pass. Another mention was to approve the treasurer's report, Artie Reed made the first motion and Jeremy Kerbel second that motion and the motion did pass.

On too old business, the tow ropes haven't shipped yet. The Stanton Nursing Home appreciated the department for lighting off fireworks for them.

As for new business, Layne Krutz gave his recognition due to him accepting a new job in a different town. Layne has asked if he could be a "substitute" to help with the derbies. The Norfolk Daily News group photo on July 24th, at 7pm down at the station. EMTs resizing will be on Thursday July 27th. Chief Kory Krutz has set physicals to be done at Sunny Meadows clinic in Norfolk, along with background checks down at the State Patrol office. EMT classes begin on August 24th, 2023 at Northeast Community College in Norfolk. Haley Schdit and Ben Butterflied will be taking EMT class at Northeast Community College this fall, they have asked to join the department. Chief Kory Krutz made a motion to have Haley and Ben join the department. The motion was made, with 15 members present that all agreed to have Haley and Ben join the department. Continuing Education course training on August 3rd, 2023 via zoom. The Stanton Country Fair is happening August 1st-6th. The board members would have asked the department to assist with the demo derby both Friday and Saturday night. Mutual Aid meeting is on July 25th, 2023 in Wayne.

Inspection report is that everything was good and running. The Inspection Crew for this month is Tim Stamm, Neif Palomeque, Paul Poeschel, Andrea Lauters, and Kelsey Kander.

Bills for this month were zero, except for donations. There wasn't a motion to be made, for paying the bills.

Secretary: Amanda Garder

Aug 23

# The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue department was called by Travis Beel at 7:00pm on August 15th, 2023. After the pledge, roll call showed 18 members were present. Secretary Amanda Garder read the minutes from the July 18th, 2023, meeting. Treasure Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,610.52, the account for the Checking account showed $39,983.53, the Savings account showed $56,862.39 and the Memorial Marker showed $743.02. A motion was made to approve the treasurer's report, Korbin Voecks made the first motion and Colleen Butterflied seconded the motion and the motion did pass. Another motion was made to approve the secretary's report, Jeremey Kerbel made the first motion and Tim Stramm seconded the motion and the motion did pass.

As for old business, the derby was good and everyone had a fun time.

New business, the Stanton football schedule is out. The football team doesn't have any trainers, they have asked our EMTs to be at each home games. The coat for the ambulance did get ordered! New members will have to get new sets of bunker gear or have a few extra of the current sets. The EMTs did get two new portable suction, along with bigger cuffs, adult and pediatric nebulizers. After the meeting, jaw training did take place as well.

Sep 23

# The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Jeremey Kerbel at 7:00 pm on September 19th, 2023. After the pledge, roll call showed 11 members were present. Secretary Amanda Garder read the minutes from the August, 15th, 2023 meeting. Treasure Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,610.52, Checking account showed $39,089.06, Savings account showed of $56,862.39, and the Memorial Marker account showed a balance of $743.02. A motion was made to approve the secretary's report, Layne Krutz made the first motion and Kelsey Kander seconded that motion and the motion did pass. Another motion was made to approve the treasures report, Colleen Butterfield made the first motion and Layne Krutz seconded that motion, and that motion did pass.

Old business president Kory Krutz mentioned that a Water Rescue boat purchased by the department for $3,085.00 did come in.

New business, the state of Nebraska is pushing for the fire department members to have 100, 200, 300 ect courses to be taken. Chief Kory Krutz would like for us to do these courses together, some evening or a day that we can take them. The EMTs will also be having a refresher course sometime this October as well. Brandon Remm turned in his uniform a few weeks ago. Pagers will be coming back, just waiting to hear back. Chief Kory Krutz and Assistant Chief Tim Stramm have discussed getting prices to replace the tank and pump for the 6x6, the tank would hold 1200 gallons of water.

Sep 23

# The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Jeremey Kerbel at 7:00 pm on September 19th, 2023. After the pledge, roll call showed 11 members were present. Secretary Amanda Garder read the minutes from the August, 15th, 2023 meeting. Treasure Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,610.52, Checking account showed $39,089.06, Savings account showed of $56,862.39, and the Memorial Marker account showed a balance of $743.02. A motion was made to approve the secretary's report, Layne Krutz made the first motion and Kelsey Kander seconded that motion and the motion did pass. Another motion was made to approve the treasures report, Colleen Butterfield made the first motion and Layne Krutz seconded that motion, and that motion did pass.

Old business president Kory Krutz mentioned that a Water Rescue boat purchased by the department for $3,085.00 did come in.

New business, the state of Nebraska is pushing for the fire department members to have 100, 200, 300 ect courses to be taken. Chief Kory Krutz would like for us to do these courses together, some evening or a day that we can take them. The EMTs will also be having a refresher course sometime this October as well. Brandon Remm turned in his uniform a few weeks ago. Pagers will be coming back, just waiting to hear back. Chief Kory Krutz and Assistant Chief Tim Stramm have discussed getting prices to replace the tank and pump for the 6x6, the tank would hold 1200 gallons of water.

Oct 23

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Jeremey Kerbel at 7pm on October 17th, 2023. After the pledge roll call showed 11 members were present. Secretary Tanner F read the minutes from September 19th, 2023 meeting. Treasurer Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,614.28, Checking account showed $35,646.72, the Savings account showed $56,862.39, and the Memorial marker showed $744.76. A motion was made to approve the secretary and treasurer's report, Ron Gadeken made the first motion and Kelsey Kander seconded that motion and the motion did pass.

Old business, is how the department did an amazing job at the pancake feed. The omelets turned out wonderful and another griddle was purchased because of them. The pancake feed brought in      people and brought in      dollars. As for next year, biscuits and gravy may be added to the menu. Fire Prevention Day was a huge hit with having 175 kids being shown on how to prevent fires from happening. Assistant Chief Tim Stramm mentioned in last month's meeting he would get prices for a new tanker and two pumps. The tanker and two pumps would roughly cost $10,870 all together.

New Business, a motion was made to purchase a new tanker, two pumps and extra items. Al Aaberg made the first motion, Paul Poeschel made the second motion and the motion did pass. The power load and cot were delivered on October 18th, 2023. The EMTs will also have their refresher course on November 13th, 2023.

NOV 23

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Travis Beel at 7pm on November 21st, 2023. After the pledge roll call showed 18 members were present. Secretary Amanda Garder read the minutes from the October 17th, 2023 meeting. Treasurer Al Aaberg gave the treasurer's report; Jaws has a balance of $1,614.28, Checking was $44,164.72, Savings $56,862.39 and the Memorial Marker $744.76. A motion was made to approve minutes, Kelsey Kander accepted the first motion, Colleen Butterflied seconded that motion and the motion did pass. Another motion was made to approve the treasurer's report, Artie Reed accepted the first motion and Jeremy Kerbel seconded that motion and the motion did pass.

Old business for this month was that the tow ropes were delivered. Two of the fire department members (Artie Reed and Jeremey Kerbel) attend a class where they learn about the recovery process after a fire.

New business, people were pleased by the fire and rescue escort after Stanton High School won the class D1 state title. Chief Kory Krutz passed out papers to fill out for the new pager system. On November 27, 2023, Mike Frohberg came down to the fire station to get those signed up and signed in on the new pager system. Lori Webster is going to take check into saving rural EMS, to have those who are EMRs be able to transport a patient without having an EMT available. Ben Butterflied would like to join the fire department. Kory Krutz made the motion to have Ben Butterflied become a

Dec 2'5

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department meeting was called by Travis Beel at 7:05 pm on December 19th, 2023. After the pledge roll call 15 members were present. Secretary Bryce Leuthold read the minutes from the November 21st, 2023 meeting. Treasurer Lori Webster gave the treasurer's report; Jaws has a balance of $1,614.28, Checking was $42,962.57, Savings was $56,862.39 and Memorial Marker was $744.76. A motion was made to approve the minutes, Al Aaberger accepted the first motion, Artie Reed seconded the motion and the motion did pass. Another motion was made to approve the treasurer's report, Paul Poeschel accepted the first motion, Jeremy Kerbel seconded the motion and the motion did pass.

Old business for this month was zero.

New business, is the VFW wants to know if we are wanting to do another fish fry on Good Friday this year on March 29th, 2024. The Christmas party/Appreciation supper is on February 24th, 2024 at the St. Peter's Catholic Social Hall. Happy hour starts at 5pm and dinner will follow at 6pm. An Evoc class will be either January 22nd or 23rd, that will be a 3 hour class about learning how to drive an ambulance. A new furnace for the bay area will be installed.

Inspection report, is that fuel additives will be put in the vehicles. Truck number 8 has a water leak and truck number 5 door handle needs fixed. Inspection Crew for this

month will be Travis Beel, Anton Hekrdle, Korbin Voecks, Shawnette Tomka and Lori Webster.

Bills for this past month were to; Ron Gadeken for $84.00 and $17.70 to K's Marketplace. A motion was made to pay the bills for this past month, Anton Hekrdle accepted the first month, Shawn Wiedeman second the motion and the motion did pass.

A motion was made to adjourn the meeting at 7:51pm. Kiki Reese accepted the first motion, Jeremy Kerbel seconded the motion and it passed.

Secretary, Amanda Garder



Feb 24

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called by Travis Beel at 7pm on February 20th, 2024. After the pledge roll call 16 members were present. Secretary Amanda Garder read the minutes from December 19th, 2024. Treasurer Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,618.30, Checking showed a balance of $42,446.92, Saving showed a balance of $56,862.39 and Memorial Marker showed a balance of $746.62. A motion was made to approve the secretary's report, Al Aaberg made the first motion and Kelsey Kander seconded the motion and the motion did pass. Another motion was made for the treasurer's report, Kiki Reese made the first motion and Tanner Furstenau seconded that motion and the motion did pass.

Old business, Anton Hekrdle and Travis Beel fixed a leak on truck #8 due to a bypass of the water pressure valve. The ice gear was taken off the grass rig for the season. The 6x6 handle needs fixed but the Forest River Company will have to be notified.

New Business, The Fish Fry is on March 29,2024 at 5pm-7pm at the Stanton VFW. Adult plates will be $15.00 and $5.00 for kids plates. R&M Meats will provide the fish. There will be a split the pot and will be announced at the raffle. Churches in the surrounding area will be called to provide salads. On March 27, the fish will have to get separated down at the VFW and the time for that will be announced later. The inspection crew for each month will have to check out the ambulances, especially the tires. A motion was made to purchase a Jump Pack for each other vehicles. The 16

March 24

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department meeting was called by Jeremey Kerbel at 7pm, on March 19th, 2024. After the pledge roll call showed 18 members were present. Secretary Bryce Leuthold read the minutes from the February 20th, 2024 meeting. Treasurer Lori Webster gave the treasurer's report, the account for Jaws showed a balance of $1,618.30, Checking account $41,338.26, Saving account $56,862.39 and Memorial Marker account showed $746.62. A motion was made to approve the secretary's report, Kikki Reese made the first motion and Paul Poeschel seconded the motion that passed. Another motion was made to approve the treasurer's report, Al Aaberg made the first motion and Ron Gadeken seconded that motion which did pass.

As for old business, the 6x6 door handle and the pressure gange on the tanker did get ordered. The Game and Parks gave us some new tools that will be used for grass fires.

New business, Kory Krutz was gone for the fish fry, which someone was send to pick up the stuff from the store. On Thursday March 28, 2024, the first was picked up on Thursday and got separated. For Good Friday, the department began to set up at 2pm down at the VFW. The A-M last names brought salads and N-Z brought desserts. Artie Reed talked to Putters about doing a gun raffle for a fundraiser as a drawing, when the pancake feed happens again. A motion was made by Kelsey Kander, for doing a gun raffle at the pancake feed and Kikki Reese seconded that motion, which did pass.

April 24

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department meeting was called by Travis Beel at 7pm, on April 16th, 2024. After the pledge, roll call showed that 17 members were present. Secretary Amanda Garder read the minutes from the March 19th, 2024 meeting. Treasurer Lori Webster gave the treasurer's report; the account for Jaws showed a balance of $1,622.33, Checking account balance is $47,271.07, Saving account is $56,862.39 and Memorial Marker account is $748.48. A motion was made to approve the secretary's report, Jeremey Kerbel made the first motion and Bryce Leuthold accepted the first motion and the motion did pass. Another motion was made to approve the Treasurer's report, Al Aaberg made the first motion and Bryce Leuthold accepted the first motion and did pass.

For old business, the department received good comments about the fish fry. People enjoy the baked fish and mentioned how good that was. At the door, $6,999.00 was made before the expenses. The split-the-pot was given back to us for $166.00. At the door, 352 people came through the line. A total of 480 pounds of fish was ordered from R and M Meats in Norfolk. Next year on the list, will be extra french fries, more fryers and extra tartar sauce. For truck number eight, the new gauges showed up. The grass rig, is all set and ready to go, the fire boots are here and need to get tried on and the new pumps did get delivered.

## The Stanton Volunteer Fire and Rescue Department Minutes

The regular meeting of the Stanton Volunteer Fire and Rescue Department meeting was called by Travis Beel at 7pm, on May 21st, 2024. After the pledge, roll call showed 12 members were present. Secretary Amanda Garder read the minutes from the April 16th, 2024 meeting. Treasurer Lor Webster gave the treasurer's report; the account for Jaws showed a balance of $1622.33, Checking account balance is $45,926.65, Savings account balance is $56,862.39, and the Memorial Marker account is $748.48. A motion was made to approve the secretary's report, Bryce Leuthold made the first motion and Paul Poeshel seconded the second mention and the motion did pass. Another motion was made to approve the treasurer's report, Artie Reed made the first motion and Andrea Lauters seconded the motion and did pass.

For old business, treasurer Lori Webster brought up the fish fry and the final amount that the department made. The original amount was $6,999.00, minus the expenses of $2,150.55 and the total that the department brought in is $5005.45. Kory, mention that the new fire and rescue gear is here!

New business, the Blast in the Summer is back and took place on main street! Kory got new fuel cards for the fire trucks and the ambulances. On the trucks, make sure you run the bumps and foam during inspections, along with after the monthly meetings. He also mentioned about having a work day for the department. Kory also changed the inspection crew, beware of the changes and that Amanda will put the new crew in the group chat. Kory made a motion that the fire and rescue department purchase a Dwalt impact and drivers to go on the first responder. The mention did pass, by those who were at the meeting. Thom Mcnutt, Paul Anderson and Neif Palomeque has resigned from the department. Wilkes made a donation of $500.00, for fighting a fire on their property. The Stanton track team wanted to say 'thank you' for the escort when coming back into town from the state track.

Inspection report, for truck number 8 the red light on the right side of the hood did get fixed and did get ordered. Truck 2, is needing bolts to fix the hinge on the right side for the pump panel. Truck number 3, the red light on the left side is out and needs to get replaced. The 4x4 needs backup lights to be fixed and to have the light bar switch fixed. The 6x6 is needing backup lights and the right side light bar switch is broken. The door latch on the left side was broken but got fixed and the left tail light is out. The inspection crew is; Artie Reed, Layne Krutz, Ben Butterfield, Colleen Butterfield and Kike Reese.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of 6-18-2024 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order at 7:00 pm on June 18th 2024 at the fire hall. After the pledge roll call showed that 15 members were present. Tanner Furstenau read the minutes from the May meeting and Lori Webster gave the Treasurer's report that showed $1,622.32 in the Jaws account $20,295.47 in the Checking account $57,215.56 in the Savings account and $748.48 in the Memorial markers account. Kelsey Kander made a motion to accept the minutes and the treasurers account and Layne Krutz seconded the motion and the motion passed.

On old business. The blast into summer went well.

On new business. The nursing home will be doing fireworks on June 27 and wanted us to help. We got a box of tarps for the first responder. We will be helping again this year at the derby for the fair. Training went good down in Pilger.

On the inspection report. Everything looked good. Trucks were ran and the foam was too. The new inspection crew for the month will be Travis Beel, Anton Hekrdle, Korbin Voecks, Shawnette Tomka and Lori Webster.

The bill for the month was for $66.00 to Pitzer Digital for the fish fry. Kiki Reese made a motion to pay the bill and Layne Krutz seconded the motion and the motion passed.

Jeremy Kerbel made a motion to adjourn the meeting and Korbin Voecks seconded the motion and the meeting was adjourned at 7:45pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the July 16th 2024 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue Department was called to order by Vice president Jerey Kerbel at 7:01 pm on July 16th 2024 at the fire hall. After the pledge roll call showed that 12 members were present. Bryce Leuthold read the minutes form the June 18th meeting and Lori Webster gave the Treasurers report that showed a balance of $1,626.67 in the Jaws account $20,256.74 in the Checking account $57,215.56 in the Savings account and $750.48 in the Memorial markers account. Layne Krutz made a motion to accept the minutes and the treasures report. Al Aaberg seconded the motion and the motion passed.

On old business. The 4th of July parade went good. The fireworks at the nursing home went good too.

On new business. This years picture for fire prevention week is do so we will take it before next months meeting. Pilger is holding a firefighter one class and wanted to know if any of us wanted to join them. Corey Vavra wants to join our department. He was on Battle Creek department and now lives in Stanton. He was voted on just waiting for the city. Kory Krutz picked up a cordless impact driver to be kept in the first responder. We need to mark our tools so we don't mix them up with other departments on mutual aid calls. We are getting raffle tickets made for a gun raffle for a fund raiser. We need to try and get run reports turned in sooner to the city. Ben Butterfeild resigned from the department.

On the inspection report. Rescue one had a low tire and needs an oil change. Everything else looked good. The new inspection crew for the month will be Kory Krutz, Jeremy Kerbel, Tanner Furstenau, Andrea Lauthers, Kelsey Kander and Corey Vavra.

The bill for the month was $292.64 to True Value. Layne Krutz made a motion to pay the bill and Paul Poeschel seconded the motion and the motion passed.

Layne Krutz made a motion to adjourn the meeting. Artie Reed seconded the motion and the meeting was adjourned at 7:47pm

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the August 20th 2024 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:15pm on August 20th 2024 at the fire hall. After the pledge roll call showed that 17 members were present. Bryce Leuthold read the minutes from the July 16th meeting and Lori Webster gave the treasures report that showed a balance of $1,626.67 in the Jaws account $31,172.29 in the Checking account $57,215.56 in the Savings account and $750.48 in the Memorial markers account. Kiki Reese made a motion to accept the minutes and the treasures report. Ron Gadeken seconded the motion and the motion passed.

On old business. We need to talk to Artie Reed about how the raffle tickets are going. We had the Departments picture taken before the meeting tonight for fire prevention week.

On new business. Stanton will be hoisting the mutual aid meeting at the firehall on September 25th at 7:00pm. We need to figure out food training and a time to clean the firehall. There will be a pipeline supper and training on September 24th in Norfolk. Norfolk Fire and Rescue wants to talk with a few departments about the increased numbers of calls they have been helping with on mutual aid calls. Susy Vavra wants to join the department. She is starting the EMT class. She was voted on just waiting for the city.  Amanda Garder resigned from the department.

On the inspection report. One of the saws started hard. Everything else looked good. The new inspection crew for the month will be Al Aaberg, Ron Gadeken, Tim Stamm, Shawnette Tomka and Lori Webster.

The bill for the month was $129.12 to K's marketplace. Kelsey Kander made a motion to pay the bill. Tanner Furstenau seconded the motion and the motion passed.

Tim Stamm made a motion to adjourn the meeting. Ron Gadeked seconded the motion and the motion passed and the meeting was adjourned at 8:00 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the September 17th 2024 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order at 7:07 pm on September 17th 2024 at the firehall by Travis Beel. After the pledge roll call showed that 14 members were present. Bryce Leuthold read the minutes from the August meeting and Lori Webster gave the treasurers report that showed a balance of $1,626.67 in the Jaws account $28,982.17 in the Checking account $57,215.56 in the Savings account and $750.48 in the Memorial account. Ron Gadeken made a motion to accept the minutes and the treasurers report and Al Aaberg seconded the motion and the motion passed.

On old business. We are moving the raffle drawing to good Friday at the fish fry. There will be a pipe line training on September 24th at divots at 6:00 pm.

On new business. Kevin Heppner wants to join the department. He was voted on just waiting for the city. There will be a meeting at the school on September 19th for their safety meeting and they wanted some of us to attend. Stanton will be hoisting the mutual aid meeting at the firehall on September 25th at 7:00 pm. Artie is making pork and Kelsey said she would make a salad. Anton set up the training for after the meeting. Larry Clark sent us a thank you letter for the grain bin rescue at his place. The pancake feed will be on October 13th at the fire hall. Norfolk fire and rescue wants the city of Stanton to do something about the number of calls they are having to respond to in Stanton.

On the inspection report. The first responder is acting up and needs to be fixed. Al tightened up the sidewinder on the front of the first responder. Everything else looked good. The new inspection crew for the month will be Bryce Leuthold, Paul Poeschel, Shawn Wiedeman, Andrea Lauters and Kelsey Kander.

The bill for the month was for $135 and some change to Al Aaberg for supper. Tanner Furstenau made a motion to pay the bill and Korbin Voecks seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Ron Gadeken seconded the motion and the motion passed and the meeting was adjourned at 8:19 pm.

# The Stanton Volunteer Fire and Rescue

## Minutes of the October 15th 2024 meeting

The regular meeting of the Stanton Volunteer Fire and Rescue department was called to order by Anton Hekrdle on October 15th 2024 at the fire hall at 7:07pm. After the pledge roll call showed that 16 members were present. Bryce Leuthold read the minutes from the September meeting and Lori Webster gave the Treasurers report that showed a balance of $1,631.49 in the Jaws account, $28,084.51 in the Checking account, $57,215.56 in the Savings account and $752.70 in the Memorial markers account. Kelsey Kander made a motion to accept the minutes and the treasurers report. Layne Krutz seconded the motion and the motion passed.

On old business. The pancake feed went well but we think we might have to advertise more for next year. The training we had at the mutual aid meeting went good as well.

On new business. The first responder still needs worked on so only take it if needed. Cory Vavra made a motion that we make more quick adapters for the hoses to put onto the trucks. Layne Krutz seconded the motion and the motion passed. Our fish fry will be on April 18th 2025 at the VFW. We are going to try and do dual paging between Stanton and Pilger. We need to renew our CPR certifications. Shawnette Tomka made a motion that we get a new oven and microwave for the fire hall. Al Aaberg seconded the motion and the motion passed. Cody Christiansen wants to join the department. He was voted on just waiting for the city to ok it.

On the inspection report. Bryce Leuthold ordered new head lights for the 6x6 everything else looked ok. The new inspection crew for the month will be Artie Reed, Layne Krutz, Colleen Butterflied, Kiki Reese, Kevin Heppner, and Cody Christiansen.

The bill for the month was $109.03 to Pitzer digital. We also had a few donations. Layne Krutz made a motion to pay the bill. Ron Gadeken seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Kiki Reese seconded the motion and the meeting was adjourned at 7:43 pm.

# The Stanton Volunteer Fire and Rescue department

## Minutes of the November 19th 2024 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Jeremy Kerbel on November 19th 2024 at the firehall at 6:58 pm. After the pledge roll call showed that 19 members were present. Bryce Leuthold read the minutes of the October meeting and Lori Webster gave the treasurers report that showed a balance of $1,631.49 in the Jaws account $33,388.52 in the Checking account $57,215.56 in the Savings account and $752.70 in the Memorial marker account. Al Aaberg made a motion to accept the minutes and the treasurers report. Tanner Furstenau seconded the motion and the motion passed.

On old business. We made just under $4,000 on the pancake feed. We are still working on the raffle tickets. We will be having a CPR class at the firehall on December 11th at 6 pm. A couple people are going to go and look for a new microwave and for a new oven for the firehall.

On new business. The parts have been ordered for the first responder. We got new foam for the trucks and just have to rinse out the old foam before we add the new. Artie Reed made a motion that we get some digital locks for the fire hall instead of the old keyed ones. Kiki Reese seconded the motion and the motion passed. Trever Lagate ? (not sure of spelling yet) wants to join the department. We voted him on just waiting on the paperwork.

On the inspection report. Truck #8 and the 6x6 got new batteries. Everything else looked good. The new inspection crew for the month will be Travis Beel, Anton Hekrdle, Korbin Voecks, Shawnette Tomka and Lori Webster.

The bills for the month were. $200.04 to Bryce Leuthold for new head lights for the 6x6. $367.99 to True Value and $1,602 and $243.92 to Ks market. We also received some donations. Al Aaberg made a motion to pay the bills. Kelsey Kander seconded the motion and the motion passed.

Kiki Reese made a motion to adjourn the meeting. Andrea Lauters seconded the motion and the meetings was adjourned at 7:32 pm.

## The Stanton Volunteer Fire and Rescue Department

### Minutes of the December 17th 2024 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order Jeremy Kerbel at 7:07 pm on Tuesday December 17th 2024 at the firehall. After the pledge roll call showed that 13 members were present. Bryce Leuthold read the minutes from the November 19th meeting and Lori Webster gave the treasurer report that showed a balance of $57,215.66 in the Savings account $34,096.51 in the Checking account $1,631.49 in the Jaws account and $752.70 in the Memorial marker account. Layne Kurtz made a motion to accept the minutes and the treasurers report. Tanner Furstenau seconded the motion and the motion passed.

On old business. The raffle tickets are done and here. The drawing will be on April 18th at the fish fry. If you take tickets to sell you need to sign out how many you take so we can keep track.

On new business. The first responder is fixed and back in service. We need to order new batteries for the Lucas machine. We might need to put things like that on a rotation program.

On the inspection report. The trucks have been winterize. The water rescue box has been put onto the yellow grass rig. Everything else looked good. The new inspection crew for the month will be Kory Krutz, Jeremy Kerbel, Tanner Furstenau, Andrea Lauters and Kelsey Kander.

The bills for the month are $625.12 to K's market $1,066.66 to Anton Hekrdle for the parts to make the quick connecters for the fire trucks and we had a $50 donation. Anton Hekrdle made a motion to pay the bills and Paul Poeschel seconded the motion and the motion passed.

Layne Krutz made a motion to adjourn the meeting. Paul Poeschel seconded the motion and the meeting was adjourned at 7:42 pm.

**EXHIBIT F**

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the January 21st 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:00 pm on Tuesday January 21st 2025 at the firehall. After the pledge roll call showed that 15 members were present. Bryce Leuthold read the minutes from the December 17th meeting and Lori Webster gave the treasurers report that showed a balance of $1,636.22 in the Jaws account $754.88 in the Memorial markers account $57,534.74 in the Savings account and $32,210.81 in the Checking account. Jeremy Kerbel made a motion to accept the minutes and the treasurers report. Ron Gadeken seconded the motion and the motion passed.

On old business. The rural board would like us to help do traffic control on calls if we can. We got the new batteries for the Lucas machine.

On new business. The elk club is having an appreciation supper on January 27th if anyone wants to go. Norfolk will be doing a house burn on either April 6th or April 27th. There is another bridge out. This one is on 826th rd and 567 ave. There will be a couple people from the department to help with the inner local agreement to help settle disputes between different groups that are part of the agreement. Pilger might be bringing their unit to cover some of our calls and they might need a driver once on scene. We don't have to do physicals anymore to join the department. If you can't do something let of know. Know your limits. There will be a mutual aid meeting in Meadow Grove to January 28th. Our Christmas party for the department will be Saturday March 8th social hour from 5-6 and eat at 6. Cody Christiansen, Trever Lagate, Paul Poeschel, Cory Vavra and Suzy Vavra are on the Department.

On the inspection report. Everything looked good. The new inspection crew for the moth will be Al Aaberg, Ron Gadeken, Tim Stamm, Shawnette Tomka Lori Webster and Cody Christiansen.

The bills for the month were $1,112.96 to K's market place and $290 to Wolfs den. We received some donations as well. Shawn Wiedeman made a motion to pay the bills. Al Aaberg seconded the motion and the motion passed.

Kelsey Kander made a motion to adjourn the meeting. Paul Poeschel seconded the motion and the meeting was adjourned at 8:00 pm.

## The Stanton Volunteer Fire and Rescue Department

### Minutes of the February 19th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:06 pm on Tuesday February 19th 2025 at the firehall. After the pledge roll call showed that 19 members were present. Bryce Leuthold read the minutes from the January meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the Savings account $32,872.62 in the Checking account $1,636.22 in the Jaws account and $754.88 in the memorial marker account. Al Aaberg made a motion to accept the minutes and the treasurers report. Jeremy Kerbel seconded the motion and the motion passed.

On old business. Pilger can bring their unit over for calls and one of us can drive for them when needed. Our appreciation supper will still be on March 8th. The bill last month to k,s was for $143.72 and not $1,112.96 we got that taken care of.

On new business. We were asked not to park in front of the building just east of the firehall. We will be needing new flags for the memorial markers. Shawnette Tomka went over some stuff on the rescue unit. Woodland park and Hoskins will be having their pancake and omelette feed on March 30th in Hoskins. Battle Creek will be hoisting some kind of training. Fire school in Sioux city May 7th-the 9th and in Grand Island May 16th-18th.

On the inspection report. Everything looked ok. The new inspection crew for the month will be. Bryce Leuthold, Paul Poeschel, Shawn Wiedeman, Andrea Lauters, Kelsey Kander, Trever Lagate and Cody Christiansen.

The bill for the month was $24.01 to Pitzer digital for the raffle tickets. Andrea Lauters made a motion to pay the bill. Korbin Voecks seconded the motion and the motion passed.

Jeremy Kerbel made a motion to adjourn the meeting. Al Aaberg seconded the motion and the meeting was adjourned at 7:48 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the March 18th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:00 pm on Tuesday march 18th 2025 at the firehall. After the pledge roll call showed that 20 members were present. Bryce Leuthold read the minutes from the February meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $31,507.45 in the Checking account $1,636.22 in the Jaws account and $754.88 in the memorial marker account. Kiki Reese made a motion to accept the minutes and the treasurers report. Layne Krutz seconded the motion and the motion passed.

On old business. Our appreciation supper went well.

On new business. Our fish fry will be on good Friday this year at the VFW. Everyone on the department is to bring a salad and or a desert. We are going to switch the boxes on the yellow grass rig for the summer. We got a key for the fire sprinkler system for the high school. The key will be in the first responder. We are working on the radios so we get better communication. There will be a mutual aid meeting in Norfolk on March 25th.

On the inspection report. Everything looked good. The new inspection crew for the month will be Atrie Reed, Layne Krutz, Colleen Butterfield, Kiki Reese, Cody Christiansen and Trever Lagate.

The bill for the month was $1,409.25 to Helman for a hose reel. We owe Brett Burtwhistle for cooking the supper for our appreciation supper, Jeremy Kerbel made a motion to pay the bill. Anton Hekrdle seconded the motion and the motion passed.

Andrea Lauters made a motion to adjourn the meeting. Al Aaberg seconded the motion and the meeting was adjourned at 7:27 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the April 15ᵗʰ 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Jeremy Kerbel at 7:07 pm on Tuesday April 15ᵗʰ 2025 at the firehall. After the pledge roll call showed that 19 members were present. Bryce Leuthold read the minutes from the March 18ᵗʰ meeting and the treasurer was gone so the treasurers report will be the same as in March witch was $57,534.74 in the Savings account $44,162.72 in the Checking account $1,614.28 in the Jaws account and $744.76 in the memorial marker account. Cory Vavra made a motion to accept the minutes and the treasurers report. Layne Krutz seconded the motion and the motion passed.

On old business. The shooting club will be cleaning up after the fish fry. We will be picking up the fish and laying it out in pans on the Thursday before the fish fry.

On new business. 568 ave between 840ᵗʰ rd and 275 will be closed for a while for construction. Norfolk will be holding a training on March 3ʳᵈ from 8 am to roughly 3 pm. When responding to mutual aid calls we need to change to their radio channel and ask dispatch if needed. Just a reminder about HIPA and calls. We talked about what we could do to build our team on the department.

On the inspection report. There is a shovel, a pitch fork and a flap on a stick missing off of one of the trucks. Everything else looked good. The new inspection crew for the month will be Travis Beel, Anton Hekrdle, Korbin Voecks, Shawnette Tomka and Lori Webster.

The bill for the month was $45.98 to True value. We also received some donations. Kelsey Kander made a motion to pay the bill. Tanner Furstenau seconded the motion and the motion passed.

Kiki Reese made a motion to adjourn the meeting. Paul Poeschel seconded the motion and the meeting was adjourned at 8:23 pm.

## The Stanton Volunteer Fire and Rescue Department

### Minutes of the May 20th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:00 pm on Tuesday May 20th 2025 at the firehall. After the pledge roll call showed that 19 members were present. Bryce Leuthold read the minutes from the April 15th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the Savings account $37,864.92 in the Checking account $1,640.86 in the Jaws account and $757.02 in the memorial marker account. Al Aaberg made a motion to accept the minutes and the treasurers report. Jeremy Kerbel seconded the motion and the motion passed.

On old business. The fish fry went well. We made $3,399 form the gun raffle and $4,152.29 on the fish fry. The city of Stanton and the rural board made an agreement with Norfolk to help cover the rescue calls that we aren't able to make.

On new business. We need to get a picture for the paper for fire prevention week. There will be a mutual aid meeting in Wayne on May 27th at 7:00 pm. The library is having a get together to kick off summer on May 31st from 10 am to 1 pm and would like a couple trucks there. Shawnette Tomka made a motion that we get some nasal glucagon for the rescue units. Lori Webster seconded the motion and the motion passed. Suzy Vavra passed her EMT test. Congratulations.

On the inspection report. Everything looked good. Anton Hekrdle made a motion that we get some battery maintainers for the trucks. Al Aaberg seconded the motion and the motion passed. The new inspection crew for the month will be Kory Krutz, Jeremy Kerbel, Tanner Furstenau, Andrea Lauters and Kelsey Kander.

The bills for the month were $342.96 to K's marketplace $55.97 to True Value and $288 to paitzer digital. Kelsey Kander made a motion to pay the bills. Suzy Vavra seconded the motion and the motion passed.

Kiki Reese made a motion to adjourn the meeting. Layne Krutz seconded the motion and the meeting was adjourned at 7:36 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the June 17th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel on Tuesday June 17th 2025 at the firehall at 7:05 pm. After the pledge roll call showed that 14 members were present. Bryce Leuthold read the minutes from the May 20th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $36,970.45 in the checking account $1,640.86 in the Jaws account and $757.02 in the memorial markers account. Artie Reed made amotion to accept the minutes and the treasurers report. Suzy Vavra seconded the motion and the motion passed.

There was no old business this month.

On new business. We need to do a better job of filling out the inspection report when we inspect the equipment. Just a reminder we need to refuel the equipment when they get to around a half of tank of fuel. We will be taking a couple trucks down to the fair grounds on the 4th from 10-12 then the parade starts at 4pm. We will be helping with the fair again this year. Fair is Aug. 1st-4th.

On the inspection report. The yellow grass rig needs new batteries. Everything else looked good. The new inspection crew for the month will be Al Aaberg, Ron Gadeken, Tim Stamm, Shawnette Tomka, Lori Webster and Suzy Vavra.

The bills for the month were $420 to Feld fire and $223.25 to K's marketplace. Suzy Vavra made a motion to pay the bills. Tanner Furstenau seconded the motion and the motion passed.

Tanner Furstenau made a motion to adjourn the meeting. Al Aaberg seconded the motion and the meeting was adjourned at 7:33 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the July 15th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:00 pm on Tuesday July 15th 2025 at the firehall. After the pledge roll call showed that 18 members were present. Bryce Leuthold read the minutes from the June 17th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $34,103.55 in the checking account $1,645.56 in the jaws account and $759.19 in the memorial marker account. Tanner Furstenau made a motion to accept the minutes and the treasurers report. Ron Gadeken seconded the motion and the motion passed.

On old business. We talked about ways that could help us make more calls during the day.

On new business. There will be a mutual aid meeting in Winside on July 29th. Cory Vavra made a motion that we get new tables for the meeting room. Tanner Furstenau seconded the motion and the motion passed. Jeremy Kerbel made a motion that we get a new white board for the meeting room. Al Aaberg seconded the motion and the motion passed. We will be helping with the fair again this year on Friday and Saturday nights. The 4H would like us to bring a couple trucks down to the fair grounds and wash some buildings out before the fair.

On the inspection report. The yellow grass rig has new batteries in it. Everything else looked ok. The new inspection crew for the month will be Bryce Leuthold, Cory Vavra, Paul Poeschel, Shawn Wiedeman, Andrea Lauters and Kelsey Kander.

The bill for the month was $223.25 to K's marketplace. Al Aaberg made a motion to pay the bill. Jeremy Kerbel seconded the motion and the motion passed.

Korbin Voecks made a motion to adjourn the meeting. Kiki Reese seconded the motion and the meeting was adjourned at 8:33 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the August 19th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:02 pm on August 19th at the firehall. After the pledge roll call showed that 15 members were present. Bryce Leuthold read the minutes from the July 15th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $34,103.55 in the checking account $1,645.56 in the jaws account and $759.19 in the memorial marker account. Layne Krutz made a motion to accept the minutes and the treasurers report. Paul Poeschel seconded the motion and the motion passed.

On old business. We talked a little more about getting more members and we talked about the pancake feed witch we are planning on Sunday October 12.

On new business. We would like to run the foam on the trucks more often to keep things running right. We are planning on doing a training with Hoskins and Woodland park on September 27th. We will be helping with the football games again this year. Shawnette Tomka made a motion that we get a couple hand held stop signs with flashing lights on them for when we are helping with traffic control on calls. Layne Krutz seconded the motion and the motion passed. We got a thank you from the Stanton county shooters. Emmily Stamm wants to join the department. She is taking EMT classes at the collage. We voted her on just waiting for the city to ok it.

On the inspection report. We fixed a leak on the pump of the 4x4. The light switch for the light bar on the 6x6 is broke. Everything else was ok. The new inspection crew for the month will be. Jeremy Kerbel, Layne Krutz, Colleen Butterfield, Kiki Resse, Cody Chirstiansen and Trevor Lagate.

The bills for the month were. $943.99 to Tim Stamm for the new lights in the meeting room. $612 to Tim Stamm for Emmily's EMT books, $13.99 to True value and $195.74 to K's marketplace. Paul Poeschel made a motion to pay the bills and Layne Krutz seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Cory Vavra seconded the motion and the meeting was adjourned at 7:48 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the September 16th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:14 pm on Tuesday September 16th 2025 at the firehall. After the pledge roll call showed that 22 members were present. Bryce Leuthold read the minutes from the August 19th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $31,918.38 in the checking account $1,645.56 in the jaws account and $759.19 in the memorial marker account. Colleen Butterfield made a motion to accept the minutes and the treasurers report. Jeremy Kerbel seconded the motion and the motion passed.

On old business. The pancake feed will be on October 5th from 7-1 at the firehall. The air boat training we had Pierce and Pilger went good. We will doing a jaws training with hoskins and woodland park on September 27th at 9am.

On new business. We took the picture for the paper for fire prevention week before the meeting tonight. Norfolk is having an appreciation supper at taha on September 26th. Ron Gadeken is helping with the kids during fire prevention week witch is going to be October 13th-14th-15th and could use some help. Ron Gadeken will be stepping down from the department but will still be around if we need him for something big. Since Ron is stepping down we need to elect a new 2nd assistant chief.

On the inspection report. The battery tender was put onto the yellow grass rig. #8 has a water leak on the pump. Need to keep an eye on the fuel levels in all the equipment. Everything else looked good. The new inspection crew for the month will be Travis Beel, Anton Hekrdle, Korbin Voecks, Shawnette Tomka and Lori Webster.

The bills for the month were $150 to Rons farm repair $241.76 to K's market place and $870 to the Nebraska state volunteer firefighter association. Korbin Voecks made a motion to pay the bills. Jeremy Kerbel seconded the motion and the motion passed.

Ron Gadeken made a motion to adjourn the meeting. Anton Hekrdle seconded the motion and the meeting was adjourned at 7:52 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the October 21st 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Jeremy Kerbel at 7:10 pm on Tuesday October 21st 2025 at the firehall. After the pledge roll call showed that 11 members were present. Bryce Leuthold read the minutes from the September 16th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the Savings account $36,267.52 in the Checking account $761.38 in the memorial marker account and $1,650.30 in the Jaws account. Cory Vavra made a motion to accept the minutes and the treasurers report. Colleen Butterfield seconded the motion and the motion passed.

On old business. Fire prevention week with the kids went well. Thanks to Cory Vavra and Shawnette Tomka and everyone else for helping with the kids. The jaws training we had with Hoskins and woodland park went good. We will have to do it again sometime. The pancake feed went good too and we are waiting for the final numbers for it.

On new business. Shane W from Nucor stopped down and gave the department a very nice donation. Thank you Nucor. Before the end of the year someone is coming to the station to made sure everything is as it is supposed to be on the rescue units. The pancake feed was good but next year we are going to start planning it sooner. Our contract with Norfolk for helping out on calls is coming up and they are wondering if we wanted to renew it?

On the inspection report. Everything looked good. The new inspection crew for the month will be Kory Krutz, Jeremy Kerbel, Tanner Furstenau, Andrea Lauters and Kelsey Kander.

The bills for the month were. $395.30 to Heinam for boots $325 to WL construction supply for a new blade for the cut off saw and $180 to Pitzer digital. Cory Vavra made a motion to pay the bills. Colleen Butterfield seconded the motion and the motion passed.

Al Aaberg made a motion to adjourn the meeting. Colleen Butterfield seconded the motion and the meeting was adjourned at 7:46 pm.

# The Stanton Volunteer Fire and Rescue Department

## Minutes of the November 18th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:04 pm on Tuesday November 18th 2025 at the fire hall. After the pledge roll call showed that 15 members were present. Bryce Leuthold read the minutes from the October 21st meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the Savings account $35,831.22 in the Checking account $1,650.30 in the Jaws account and $761.38 in the memorial marker account. Korbin Voecks made a motion to accept the minutes and the treasurers report. Artie Reed seconded the motion and the motion passed.

On old business. The city of Stanton has renewed the contract with Norfolk for another month to help cover calls. The foamer on the first responder and the leak on truck #8 are fixed. For the pancake feed we brought in $5,766.00 minus $1,310.74 for supplies that ended up with $4,373.26 that we made this year. We talked about doing another gun raffle again this year for the fish fry.

On new business. Mason Mandl would like to join the department. We voted him on just have to have the city ok it. Anton Hekrdle is going to start working on the 6x6 sometime in December and put the new tank and pump on it. Clarkson let us know that they are going to be doing a house burn sometime. Not sure of the date yet though. The Christmas parade in Stanton will be on December 12th at 6:00 pm. Tim Stamm made a motion that we get some new flash lights for the trucks. Al Aaberg seconded the motion and the motion passed. The inspection of the rescue bay will be on November 24th. Since Ron Gadeken retired. We took a vote and Al Aaberg is the new seconded assistant chief.

On the inspection report. Truck #2 needs a gas can for the exhaust fan, a couple of the flashlights and shot and a couple of the shovels and pitch forks need replaced. Other than that it was ok. The new inspection crew for the month will be Al Aaberg, Mason Mandl, Tim Stamm, Shawnette Tomka, Lori Webster and Suzy Vavra.

The bill for the month was $149.58 to wolfs den for supper. Layne Krutz made a motion to pay the bill. Artie Reed seconded the motion and the bill was paid.

Korbin Voecks made a motion to adjourn the meeting. Tim Stamm seconded the motion and the meeting was adjourned at 7:40 pm.

## The Stanton Volunteer Fire and Rescue Department

### Minutes of the December 16th 2025 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Jeremy Kerbel at 7:06 pm on Tuesday December 16th 2025 at the firehall. After the pledge roll call showed that 16 members were present. Bryce Leuthold read the minutes from the November 18th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $34,281.54 in the checking account $1,650.30 in the jaws account and $761.38 in the memorial marker account. Cory Vavra made a motion to accept the minutes and the treasures report. Al Aaberg seconded the motion and the motion passed.

On old business. The new flash lights we got are in the firetrucks and ambulances.

On new business. We as a department can not support a individual candidate running for sheriff office but each person can vote how they would like. Serve pro came and cleaned the carpets un the meeting room. We might start doing more training with the forestry department. We are going to do some hazmat and NIMS training sometime coming up. We are planning a Christmas party for the department and shooting for February 7th at 6 pm. We have the ISO insurance stuff coming up and there's a couple things we need to look at. The inspection of the rescue bay went ok. We have to figure out as few things like if we are going to stay ALS or change to BLS for rescue. The rural board did another contract with Norfolk which will help us through May. We also talked about some of our issues with making calls. EMS conference is January 10th through the 12th in Karney. Andrea Lauters made a motion that the department pay for the EMS conference and then have the city reimburse the department. Suzy Vavra seconded the motion and the motion passed. Kevin Armbruster would like to rejoin the department. We voted him on just waiting for the city to ok it.

On the inspection report. Fuel additive was added to the trucks and the heat shield were put back on. Everything else looked good. The new inspection crew for the month will be Bryce Leuthold, Cory Vavra, Paul Poeschel, Shawn Wiedeman, Andrea Lauters, Kelsey Kander and Trever Lagate.

The bill for the month was $247.56 to the VFW for supper. Colleen Butterfield made a motion to pay the bill. Suzy Vavra seconded the motion and the bill was paid. We also received some donations.

Cory Vavra made a motion to adjourn the meeting. Trever Lagate seconded the motion and the meeting was adjourned at 8:04 pm.



EXHIBIT

6

## The Stanton Volunteer Fire and Rescue Department

### Minutes of the January 20th 2026 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:00 pm on Tuesday January 20th 2026 at the firehall. After the pledge roll call showed that 23 members were present. Bryce Leuthold read the minutes from the December 16th meeting and gave the treasurers report that showed a balance of $57,534.74 in the Savings account $31,767.98 in the Checking account $1,654.67 in the Jaws account and $763.40 in the Memorial marker account. Al Aaberg made a motion to accept the minutes and the treasurers report. Tanner Furstenau seconded the motion and the motion passed.

On old business. Ems conference is in July this year not in January as I said in the December minutes. Our appreciation supper will be at the community building at the fairgrounds on February 7th. Happy hour from 5-6 and we will eat at 6. We have our certificates that we needed from our rescue audit. Mason Mandl and Kevin Armbruster were okayed by the city to join the department.

On new business. We need to pick out the guns we want for the gun raffle coming up. We are going to do 300 tickets at $20 each and the drawing will be at the fish fry on good Friday. We talked more about ways we could make more calls during the day. Anyone wither law enforcement or the general public is more than welcome to come to our meetings that are on the third Tuesday of every month at 7:00 pm at the firehall. We encourage anyone that would like to join the department and help the community to come to a meeting and ask to join the department and to be voted on by the department and okayed by the city. There are some rules that everyone needs to be followed and agreed upon before joining the department. To learn more please come to a meeting.

On the inspection report. New batteries were put in the 1st responder. The light switches for the off road lights on the military trucks were replaced. The charge for the thermal camera needs looked at. Truck 3 needs a new hose wrench and everything else looked ok.

The Stanton Volunteer Fire and rescue Department

Minutes of the February 17th 2026 meeting

The regular meeting of the Stanton volunteer fire and rescue department was called to order by Travis Beel at 7:11pm to Tuesday February 17 2026 at the firehall. After the pledge roll call showed that 20 members were present. Bryce Leuthold read the minutes from the January 20th meeting and Lori Webster gave the treasurers report that showed a balance of $57,534.74 in the savings account $29,853.66 in the checking account $1,654.67 in the jaws account and $763.4 in the memorial marker account. Andrea Lauters made a motion to accept the minutes and the treasurers report. Kelsey Kander seconded the motion and the motion passed.

On old business. The ice rescue training we had at the lake went awesome. Our appreciation supper was good. Tim Stamm made a motion that we get some more ice rescue equipment. Kelsey Kander seconded the motion and the motion passed. The EMTs are done with their continuing ed and their recertifications for now. The guns for the raffle at the fish fry are getting ordered.

On new business. The new ambulance is here. Just need to get the radio mounted and she's good to go. We've had some people from the community show some interest in joining our department. Kory Krutz made a motion that we get 10 more memorial markers. Shawnette Tomka seconded the motion and the motion passed. Nebraska fire school will be May 15th -17th and Iowa fire school will be March 6th-8th. We will be doing air pack training at the firehall on March 3rd at 7:00 pm. Al Aaberg made a motion that we get another cordless cutoff saw. Cory Vavra seconded the motion and the motion passed. Our fish fry



EXHIBIT

H

https://norfolkdailynews.com/select/defense-attorney-in-case-involving-150-mile-chase-challenges-validity-of-deputy-s-pursuit/article_46cb13cb-366c-4df8-922b-f7eaea3a9fdb.html

## Defense attorney in case involving 150-mile chase challenges validity of deputy's pursuit

By AUSTIN SVEHLA
asvehla@norfolkdailynews.com
Oct 23, 2025

STANTON — Shortly after 4 a.m. on Feb. 10, the Stanton County Sheriff's Office became involved in the pursuit of a vehicle driven by a man suspected in a theft earlier that morning in O'Neill.

The suspect, Tyler Kocian, had evaded law enforcement in Holt, Pierce and Madison counties, allegedly driving onto a terrace along a Norfolk street to avoid spike strips deployed by law enforcement.

Once Kocian's Chevrolet Cruze entered Stanton County on Highway 275, chief deputy sheriff Aaron Kleensang attempted to initiate a traffic stop as the vehicle passed 558th Avenue, but the Cruze continued east. Kleensang made efforts to stop the vehicle, including maneuvering in front of the Cruze in hopes of slowing the vehicle to a stop.



Kocian, though, allegedly made attempts to go around Kleensang's patrol vehicle and then intentionally rammed into the chief deputy's cruiser, causing it to spin out across the highway.

Kocian — who eventually was arrested by Kleensang in Blair, roughly 85 miles later — was charged with several felonies as a result of events that morning in Stanton County.

During a hearing on Wednesday in Stanton County District Court, the 29-year-old West Point man's attorney, Brad Ewalt, questioned how necessary it was for Kleensang to pursue Kocian in the first place.

Kocian's hearing on Wednesday was held for multiple purposes:

— For District Judge Michael Long to determine whether the defense may introduce the Stanton County Sheriff's Office's policy on vehicle pursuits as evidence at trial in an effort to challenge the validity of Kleensang's pursuit of Kocian.

— So the judge could rule on the admissibility of statements Kocian made during phone calls to Norfolk dispatchers during the pursuit; comments he made to his mother from jail days after his arrest (also over the phone); and transcripts of said phone calls

Kocian is scheduled to stand trial next month on charges of use of a deadly weapon to commit a felony, operating a motor vehicle to avoid arrest, willful reckless driving and criminal mischief. Charges of assault on an officer using a motor vehicle and terroristic threats were dismissed on Wednesday by Stanton County Attorney Bert Lammli.

Kleensang was one of three witnesses to testify on Wednesday. On direct examination, Kleensang said he had been monitoring radio traffic on the morning of Feb. 10 as other law enforcement agencies attempted to stop Kocian's vehicle. Holt County authorities had begun pursuing Kocian around 2 a.m.

Kleensang said he waited for Kocian's vehicle near the intersection of Highway 275 and Highway 24 in Madison County. Once Kocian's Cruze passed, Kleensang followed it and shortly thereafter turned on his emergency lights as the Cruze entered Stanton County.

After Kocian allegedly rammed his Cruze into Kleensang's patrol vehicle, Kleensang briefly stepped out of his cruiser to look at any damage. He determined that while the cruiser had external damage, it was still mechanically sound, so he continued pursuing Kocian east on Highway 275.

Around 10 miles later, near 570th Avenue, Kleensang drove past Kocian's vehicle in an effort to get far enough ahead of Kocian to set down spike strips, at which time Kocian again attempted to strike Kleensang's cruiser.

By this time, Stanton County Sheriff Mike Unger also had joined in the pursuit of Kocian.

On cross-examination, Kleensang said Kocian was not actively committing any traffic violations when the chief deputy first encountered Kocian's vehicle near the Stanton-Madison county line. Kleensang had been informed that the pursuit originated from a theft in O'Neill, but he did not know the nature or seriousness of the theft.

Ewalt read the following from the sheriff's office's vehicle pursuit policy: "Members of the sheriff's office shall not attempt to overtake or pass a fleeing suspect unless tactical action can be safely taken to stop the suspect vehicle, and that this action should only be undertaken in the most extreme of pursuits."

"This doesn't seem like this was that extreme of a pursuit to me, is that right?" Ewalt asked Kleensang. "You said he wasn't violating any traffic ordinances, and it started because of a theft of property crime."

The Stanton County pursuit policy also states that the sheriff's office may become involved in a pursuit if requested to do so. Kleensang said he hadn't been requested to pursue Kocian's vehicle.

Furthermore, Ewalt pointed to a section within the pursuit policy that states a pursuit shall be terminated if the identity of the suspect has been established to the point that later apprehension can be accomplished and there's no longer an immediate need for apprehension. Kocian had been identified as the driver of the Cruze, according to Kleensang's testimony, and Kocian told a dispatcher that he was on his way to Blair, where authorities could arrest him.

On additional questioning by Lammli, Kleensang testified that other law enforcement agencies had made several attempts to apprehend Kocian in other jurisdictions without success. Kleensang had also said there is variation in the sheriff's office's pursuit policy depending on the circumstances of a situation.

Lammli argued against the defense introducing the sheriff's office's pursuit policy at trial, saying the policy isn't relevant to the elements of the crimes that the state has to prove at trial.

"I don't think it has anything to do with using a deadly weapon to strike an officer's car, or to commit a felony," the prosecutor said.

Ewalt said the pursuit policy gives a full picture of what happened that night.

"It shows that … there's been a few arguable violations of the policy that have been made throughout the night," he said. "I think that has an impact on Mr. Kocian's actions, why he took the actions that he did."

Ewalt added that the policy goes to the credibility of Kleensang.

"He said that he has this policy; he's supposed to follow this policy," Ewalt said. "And again, we've shown that there are several places that the policy was arguably not followed. So I do think that it (the policy) should get in (as evidence)."

Lammli said the sheriff's office's pursuit policy isn't one that is hard and fast.

"There's been no testimony that the defendant even knew what the policy was," Lammli said. "It goes without saying that when red lights are following you, you're supposed to stop in this state, and it isn't optional. You can't just decide, 'Well, maybe I'm not going to stop because I'm driving the speed limit.' When red lights come on, it (the law) says you're supposed to stop."

Long said he couldn't see the relevance of the pursuit policy and ordered that the defense not mention the policy during opening arguments or the evidence phase of Kocian's trial without first having a hearing outside the presence of the jury.

"And on top of it, I think if there is a kernel of probative value, at this point, it is substantially outweighed by the danger of misleading the jury or confusing the jury, since it really doesn't go to any of the elements of the offense," the judge said.

Long also ruled that phone calls made by Kocian during and after the pursuit, as well as transcripts of the phone calls, may be used by the prosecution at trial. Ewalt had said he did not object to this evidence being presented to the jury.

Kocian's trial is set to begin on Monday, Nov. 17, and is anticipated to last about two days.

If he's convicted, Kocian would face up to 54 years and three months in prison.

3/20/26, 4:26 PM 4:26-cv-03117-SMB-RCC Doc # 1 Filed: 04/07/26 Page 113 of 113 - Page ID # 113

Defense attorney in case involving 150-mile chase challenges validity of deputy's pursuit | Select | norfolkdailynews.com